**Annex A – Statements Challenged in the Amended Complaint**

**The February 16, 2021 Announcement of the Business Combination**

| No.[1] | Compl. | Source | Challenged Statement |
|---|---|---|---|
| 1 | ¶ 48 | February 15, 2021 Form 8-K, Exhibit 99.1 at 2. | "The Merger Announcement  Press Release listed several '[k]ey investment highlights,' including:<br><br>**Robust Customer Network** – Li-Cycle as 40+ commercial contracts with blue chip suppliers and off-take agreements through 2030, corresponding to a cumulative forecasted EBITDA between 2021 and 2025 of $985 million. ***More than $300 million/year of revenue is to be generated from contracted off-take agreements with Traxys [Traxys North America LLC], both an investor in the PIPE and an existing strategic partner***. The Company's commercial battery supply customers include 14 of the largest global automotive and battery manufacturers.<br><br>(Emphasis added)." |

**The March 29, 2021 Registration Statement on Form F-4**

| No. | Compl. | Source | Challenged Statement |
|---|---|---|---|
| 2 | ¶ 49 | F-4 (Ex. A) at 192. | "The Registration Statement also incorporated Li-Cycle's Consolidated Financial Statements and Management's Discussion & Analysis for the year ended October 31, 2020, reporting revenue of CAD $1.059 million, against a prior year reported revenue of CAD $64 thousand, a 1,555% increase: |

---

[1]     The Challenged Statements are listed in the order in which they appear in the Complaint.  Where the Complaint alleges a misstatement by use of a screen shot, an image is reproduced in this Annex.

| No. | Compl. | Source | Challenged Statement |
|---|---|---|---|
| | | | **Results of Operations**<br><br>*Comparison of Years Ended October 31, 2020 and 2019*<br><br>*Table below* |

**Results of Operations**

*Comparison of Years Ended October 31, 2020 and 2019*

| | Year Ended October 31, 2020 | Year Ended October 31, 2019 | $ Change | % Change |
|---|---|---|---|---|
| | | (dollar amounts in thousands, except share and per share data) | | |
| Revenues | $ 1,059 | $ 64 | $ 995 | 1,555% |
| Product sales | 740 | 0 | 740 | % |
| Recycling Services | 319 | 64 | 255 | 399% |
| Operating expenses | 13,343 | 5,463 | 7,881 | 144% |
| Professional fees | 3,972 | 726 | 3,245 | 447% |
| Employee salaries and benefits, net | 3,794 | 807 | 2,986 | 370% |
| Depreciation | 1,473 | 244 | 1,228 | 503% |
| Research and development, net | 1,035 | 2,805 | (1,770) | (63)% |
| Raw materials and supplies | 783 | — | 783 | |
| Plant facilities and other | 530 | — | 530 | |
| Marketing | 490 | 87 | 402 | 460% |
| Share-based compensation | 447 | 129 | 318 | 246% |
| Office and administrative | 422 | 472 | (50) | (11)% |
| Travel and entertainment | 215 | 183 | 32 | 17% |
| Freight and shipping | 183 | 8 | 176 | 2,285% |

| No. | Compl. | Source | Challenged Statement |
|---|---|---|---|
| 3 | ¶ 50 | F-4 (Ex. A) at 191-92. | "Li-Cycle represented that its consolidated financial statements had been prepared following International Financial Reporting Standards ('IFRS'). It further said that its consolidated financial statements were approved and authorized for issuance by the Company's Board of Directors on March 29, 2021. With respect to revenue recognition, Li-Cycle reported:<br><br>*Revenue*<br><br>Li-Cycle recognizes revenue from: (i) sales of products, which currently include intermediate products, shredded metal and mixed plastic from Li-Cycle's Spokes; and (ii) providing the service of recycling lithium-ion batteries, which includes coordination of logistics and destruction of batteries. Li-Cycle expects its sales of products to increase as a percentage of overall revenue, as more Spokes and Hubs become operational over time.<br><br>For sales of products, revenue is recognized when control of the goods has transferred, meaning when the goods have been shipped to the customer's location (delivery). A receivable is recognized by Li-Cycle when the goods are delivered to the customer as this represents the point in time at which the right to consideration becomes unconditional, as passage of time is the only condition to payment becoming due. The revenue recognized is<br><br>based on commodity prices at the time of delivery. Under Li-Cycle's standard contract terms, customers do not have a right of return. Li-Cycle estimates all amounts of consideration to which it expects to be entitled and updates those estimates at the end each reporting period based on market prices. The final settlement amount for the sale of products is typically determined several months after delivery and customer processing of the products, and may result in an adjustment to the previously recognized revenue based on commodity prices on the final settlement date.<br><br>Service revenue is recognized upon completion of each service. Prices for services are separately identifiable within each contract. A receivable is recognized by Li-Cycle when the services are completed as this represents the point in time at which the right to consideration becomes unconditional, as passage of time is the only condition to payment becoming due. |

| No. | Compl. | Source | Challenged Statement |
|---|---|---|---|
| 4 | ¶ 51 | F-4 (Ex. A) at F-33-34. | "In the notes to its consolidated financial statements, Li-Cycle stated with respect to revenue recognition:<br><br>(q) *Revenue recognition*<br><br>The Company's principal activities generate revenues from the operation of lithium-ion battery recycling plants. The Company uses the following five step approach to revenue recognition:<br><br>Step 1: Identify the contract(s) with a customer<br><br>Step 2: Identify the performance obligations in the contract<br><br>Step 3: Determine the transaction price<br><br>Step 4: Allocate the transaction price to the performance obligations in the contract<br><br>Step 5: Recognize revenue when (or as) the entity satisfies a performance obligation<br><br>The Company recognizes revenue from the following major sources:<br><br>• Services of recycling lithium-ion batteries which includes coordination of logistics and destruction of batteries<br><br>• Sales of products which includes black mass, shredded metal and plastic<br><br>Revenue is measured based on the consideration to which the Company expects to be entitled to in a contract with a customer. The Company recognizes revenue when it transfers control of a product or service to a customer. There are no significant financing components associated with the Company's payment terms.<br><br>Service revenue is recognized at a point in time upon completion of the services. Prices for services are separately identifiable within each contract. A receivable is recognized by the Company when the services are completed as this represents the point in time at which the right to consideration becomes unconditional, as only the passage of time is required before payment is due.<br><br>For sale of products, revenue is recognized when control of the goods has transferred, being when the goods have been shipped to the customer's location (delivery). A receivable is recognised by the Company when the goods are delivered to the customer as this represents the point in time at which the right to consideration becomes unconditional, as only the passage of time is required before payment is due. Under the Company's standard contract terms, customers do not have a right of return. The Company estimates the amount of consideration to which it expects to be entitled to under provisional pricing arrangements. The amount of consideration for products is based on market prices at the date of settlement, weight and assay, subject to customer confirmation. Revenue and the related accounts receivables are measured at fair value at initial recognition and are re-estimated by reference to current market prices at each reporting period end and changes in fair value are recognized as an adjustment to profit and loss and the related accounts receivable. |
| 5 | ¶ 52 | F-4 (Ex. A) at F-34-35; F-43; F-27-28. | "Li-Cycle also noted, in its discussion of 'Significant accounting estimates and judgments,' that one significant estimate upon which its financial statements relied pertained to 'the valuation of inventory with regards to incremental cost to completion for raw materials and determination of net realizable value.' With respect to Li-Cycle's valuation in its inventory in FY 2020, the Company reported: |

3

| No. | Compl. | Source | Challenged Statement |
|---|---|---|---|
| | | | **5. Inventory**<br><br>| | 2020<br>$ | 2019<br>$ |<br>|---|---|---|<br>| Raw material | 187,001 | 27,640 |<br>| Finished goods | 52,703 | 33,628 |<br>| | 239,704 | 61,268 |<br><br>The cost of inventories recognised as an expense during the year was $1,106,667 (2019: $nil).<br><br>The cost of inventories recognised as an expense includes $71,599 for raw materials and $87,507 for finished goods (2019: $nil for raw materials and $nil for finished goods) in respect of write-downs of inventory to net realizable value. There have been no reversal of write-downs for the year ended October 31, 2020 and 2019.<br><br>*(e)*   *Inventories*<br><br>Raw materials and finished goods are valued at the lower of cost and net realizable value. Cost is determined on a weighted average basis. The cost of finished goods includes the cost of raw materials<br><br>and the applicable share of the cost of labour and fixed and variable production overheads. Net realizable value is the estimated selling price less the estimated cost of completion and the estimated costs necessary to make the sale. Costs of idle plant operations are expensed.<br><br>At each reporting period, the Company assesses the net realizable value of inventory taking into account current market prices, current economic trends, sales trends and past experiences. |

## The June 15, 2021 Proxy Statement and Prospectus

| No. | Compl. | Source | Challenged Statement |
|---|---|---|---|
| 6 | ¶ 54 | Proxy (Ex. B) at 38. | "On July 15, 2021, Peridot filed with the SEC its Proxy Statement and Prospectus for the Business Combination (the 'Proxy Statement and Prospectus') pursuant to Rule 424 (b)(3). The Proxy Statement and Prospectus contemplated the merger of Old Li-Cycle into what would become Li-Cycle, with the proposed combined entity referred to as 'Amalco.' The Proxy Statement and Prospectus incorporated unaudited pro-forma condensed combined financial information for the fictitious 'Amalco', purporting to 'present the combination of the financial information of Peridot and [Old] Li-Cycle, after giving effect to the [proposed] Business Combination as if it had occurred on November 1, 2019.'" |

| No. | Compl. | Source | Challenged Statement |
|---|---|---|---|
| 7 | ¶ 55 | Proxy (Ex. B) at 198. | "The Proxy Statement and Prospectus included a detailed discussion of Old Li-Cycle's business, titled 'INFORMATION ABOUT LI-CYCLE'. The Proxy Statement and Prospectus described in general terms Old Li-Cycle's business arrangement with Traxys. The Proxy Statement and Prospectus noted that, '[s]ales of Li-Cycle products ***through Traxys*** are expected to represent a significant majority of Li-Cycle's revenues' going forward. (Emphasis added)." |
| 8 | ¶ 57 | Proxy (Ex. B) at F-58. | "With respect to recognition of revenue, Old Li-Cycle's incorporated audited financial statements stated: <br><br> For sale of products, revenue is recognized when control of the goods has transferred, being when the goods have been shipped to the customer's location (delivery). A receivable is recognised by the Company when the goods are delivered to the customer as this represents the point in time at which the right to consideration becomes unconditional, as only the passage of time is required before payment is due. Under the Company's standard contract terms, customers do not have a right of return. The Company estimates the amount of consideration to which it expects to be entitled to under provisional pricing arrangements. The amount of consideration for products is based on market prices at the date of settlement, weight and assay, subject to customer confirmation. Revenue and the related accounts receivables are measured at fair value at initial recognition and are re-estimated by reference to current market prices at each reporting period end and changes in fair value are recognized as an adjustment to profit and loss and the related accounts receivable. |
| 9 | ¶ 58 | Proxy (Ex. B) at F-52. | "With respect to Old Li-Cycle's financial reporting for inventory, the incorporated audited financial statements stated: <br><br> (e)   Inventories <br><br> Raw materials and finished goods are valued at the lower of cost and net realizable value. Cost is determined on a weighted average basis. The cost of finished goods includes the cost of raw materials and the applicable share of the cost of labour and fixed and variable production overheads. Net realizable value is the estimated selling price less the estimated cost of completion and the estimated costs necessary to make the sale. Costs of idle plant operations are expensed. <br><br> At each reporting period, the Company assesses the net realizable value of inventory taking into account current market prices, current economic trends, sales trends and past experiences. |
| 10 | ¶ 59 | Proxy (Ex. B) at F-54. | "Old Li-Cycle's incorporated audited financial statements included a discussion of its accounting for 'Financial instruments,' which listed 'Trade accounts receivables' as being measured at a 'Fair Value, either through Profit or Loss' ('FVTPL') basis, with "Other accounts receivable" being recorded at "Amortized cost.' They stated, in relevant part: <br><br> 'The classification and measurement of financial assets after initial recognition at fair value depends on the business model for managing the financial asset and the |

| No. | Compl. | Source | Challenged Statement |
|---|---|---|---|
| | | | contractual terms of the cash flows. ***Financial assets that are held within a business model whose objective is to collect the contractual cash flows, and that have contractual cash flows that are solely payments of principal and interest on the principal outstanding, are generally measured at amortized cost at each subsequent reporting period***. … All other financial assets are measured at their fair values at each subsequent reporting period, with any changes recorded through profit and loss or through other comprehensive income (which designation is made as an irrevocable election at the time of recognition). After initial recognition at fair value, financial liabilities are classified and measured at either: (i) amortized cost; ***(ii) FVTPL, if the Company has made an irrevocable election at the time of recognition, or when required (for items such as instruments held for trading or derivatives);*** or, (iii) FVTOCI, when the change in fair market value is attributable to changes in the Company's credit risk.' <br><br> (Emphases added)." |
| 11 | ¶ 60 | Proxy (Ex. B) at 216. | "Old Li-Cycle's MD&A also disclosed that it had 'identified material weaknesses in its internal control over financial reporting': <br><br> **Internal Control Over Financial Reporting** <br><br> Prior to the effectiveness of the registration statement of which this proxy statement/prospectus/consent solicitation statement forms a part, we have been a private company and we have addressed our internal control over financial reporting with internal accounting and financial reporting personnel and other resources. <br><br> Li-Cycle has identified material weaknesses in its internal controls over financial reporting. A material weakness is a deficiency, or a combination of deficiencies, in internal control over financial reporting, such that there is a reasonable possibility that a material misstatement of the company's annual or interim consolidated financial statements may not be prevented or detected on a timely basis. <br><br> Li-Cycle did not have in place an effective control environment with formal processes and procedures or an adequate number of accounting personnel with the appropriate technical training in, and experience with, IFRS to allow for a detailed review of complex accounting transactions that would identify errors in a timely manner, including inventory costing and business combinations. Li-Cycle did not design or maintain effective controls over the financial statement close and reporting process in order to ensure the accurate and timely preparation of financial statements in accordance with IFRS. In addition, information technology controls, including end user and privileged access rights and appropriate segregation of duties, including for certain users the ability to create and post journal entries, were not designed or operating effectively. <br><br> These material weaknesses resulted in misstatements in Li-Cycle's condensed consolidated interim financial statements as of and for the three months ended January 31, 2021 relating to (1) incorrect capitalization of certain amounts that should have been expensed and (2) underaccrual of certain accounts payable. The misstatements have been corrected through the restatement of those financial statements. |

**The August 11, 2021 Form 6-K**

| No. | Compl. | Source | Challenged Statement |
|---|---|---|---|
| 12 | ¶ 63 | August 11, 2021 Form 6-K, Exhibit 99.2 at 9. | "After close of trading on August 11, 2021—just a day after the Business Combination was finalized—the Company filed with the SEC a Form 6-K attaching Li-Cycle's 'non-offering prospectus" submitted on August 10, 2021 to the Ontario Securities Commission ('OSC') in connection with the Business Combination the 'OSC Prospectus'). The OSC Prospectus attached and incorporated by reference Li-Cycle's unaudited consolidated interim financial statements for the three and six months ended April 30, 2021 (the second quarter and first half of FY 2021) (the '2Q21 interim financial statements'). The notes to the 2Q21 interim financial statements included new language in its discussion of Li-Cycle's significant accounting policies, specifically with regard to accounts receivable:<br><br>3.  **Accounts receivable**<br><br><table><tr><td></td><td>April 30, 2021<br>$</td><td>October 31, 2020<br>$</td></tr><tr><td>Trade receivables</td><td>1,470,119</td><td>571,300</td></tr><tr><td>Harmonized Sales Taxes receivable</td><td>281,486</td><td>274,998</td></tr><tr><td>Other receivables</td><td>—</td><td>43,931</td></tr><tr><td></td><td>1,751,605</td><td>890,229</td></tr></table><br>For product sales, the Company estimates the amount of consideration to which it expects to be entitled under provisional pricing arrangements. The amount of consideration for black mass and mixed copper/aluminum sales is based on the mathematical product of: (i) market prices of the constituent metals at the date of settlement, (ii) product weight, and (iii) assay results (ratio of the constituent metals initially estimated by management and subsequently trued up to customer confirmation). Certain adjustments like handling and refining charges are also made per contractual terms with customers. Depending on the contractual terms with customers, the payment of receivables may take up to 12 months from date of shipment. Product sales and the related trade accounts receivables are measured at fair value at initial recognition and are re-estimated at each reporting period end using the market prices of the constituent metals at the respective measurement dates. Changes in fair value are recognized as an adjustment to profit and loss and the related accounts receivable. For the three months ended April 30, 2021, the fair value loss arising from changes in estimates was $107,535. For the six months ended April 30, 2021, the fair value gain arising from changes in estimates was $167,982 (three and six months ended April 30, 2020: Nil).<br><br>An insignificant portion of the receivables relate to services revenue which are initially measured at fair value and subsequently at amortized cost. For the period ended April 30, 2021 and 2020, the Company has assessed an allowance for credit loss of $nil for service-related receivables based on its past experience, the credit ratings of its existing customers and economic trends. |

**The September 9, 2021 Form 6-K**

| No. | Compl. | Source | Challenged Statement |
|---|---|---|---|
| 13 | ¶ 64 | September 9, 2021 Form 6-K, Exhibit 99.3 at 9. | "On September 9, 2021, the Company filed with the SEC a Form 6-K report attaching its condensed consolidated interim financial statements for the three and nine months ending July 31, 2021 (the '3Q21 interim financial statements'). The Company reported revenue for the period of $2.983 million, nearly ten times the total revenue of $325,033 reported for the same period in FY 2020. The 3Q21 interim financial statements included the following similar discussion regarding the Company's reported accounts receivable: |

3.   **Accounts receivable**

|  | July 31, 2021 $ | October 31, 2020 $ |
|---|---|---|
| Trade receivables | 2,877,970 | 571,300 |
| Harmonized Sales Taxes receivable | 378,011 | 274,998 |
| Other receivables | — | 43,931 |
|  | 3,255,981 | 890,229 |

For product sales, the Company estimates the amount of consideration to which it expects to be entitled under provisional pricing arrangements. The amount of consideration for black mass and mixed copper/aluminum sales is based on the mathematical product of: (i) market prices of the constituent metals at the date of settlement, (ii) product weight, and (iii) assay results (ratio of the constituent metals initially estimated by management and subsequently trued up to customer confirmation). Certain adjustments like handling and refining charges are also made per contractual terms with customers. Depending on the contractual terms with customers, the payment of receivables may take up to 12 months from date of shipment. Product sales and the related trade accounts receivable are measured at fair value at initial recognition and are re-estimated at each reporting period end using the market prices of the constituent metals at the respective measurement dates. Changes in fair value are recognized as an adjustment to profit and loss and the related accounts receivable. For the three and nine months ended July 31, 2021, the fair value gain arising from changes in estimates was $361,141 and $529,109, respectively (three and nine months ended July 31, 2020: Nil).

An insignificant portion of the receivables relate to services revenue which are initially measured at fair value and subsequently at amortized cost. For the period ended July 31, 2021 and 2020, the Company has assessed an allowance for credit loss of $nil for service-related receivables based on its past experience, the credit ratings of its existing customers and economic trends.

| No. | Compl. | Source | Challenged Statement |
|---|---|---|---|
| 14 | ¶ 65 | September 9, 2021 Form 6-K, Exhibit 99.3 at 18. | "Li-Cycle's 3Q21 interim financial statements also included a 'summary of the Company's main customers, reflecting that 89% of Li-Cycle's revenue and 71% of its reported accounts receivable for the nine months ending July 31, 2021, were attributable to just two unidentified 'customers': |

| No. | Compl. | Source | Challenged Statement |
|-----|--------|--------|----------------------|
|     |        |        | The following is a summary of the Company's main customers: |

| | Three months ended July 31, | | Nine months ended July 31, | |
|---|---|---|---|---|
| | **2021** | 2020 | **2021** | 2020 |
| | **%** | % | **%** | % |
| **Revenue** | | | | |
| Customer A | **44%** | 59% | **61%** | 57% |
| Customer B | **49%** | 0% | **28%** | 0% |
| **Accounts Receivable** | | | | |
| Customer A | | | **47%** | 58% |
| Customer B | | | **24%** | 0% |

### The January 31, 2022 Form 20-F

| No. | Compl. | Source | Challenged Statement |
|-----|--------|--------|----------------------|
| 15 | ¶ 66 | January 31, 2022 Form 20-F, Exhibit 99.2 at 4. | "On January 31, 2022, the Company filed with the SEC on Form 20-F its first annual report for the fiscal year ended October 31, 2021 ('FY21 Annual Report'), which was signed by Defendant Kochhar. The financial statements of the Company were attached as an exhibit to the FY21 Annual Report, which stated in pertinent part: |

| No. | Compl. | Source | Challenged Statement |
|---|---|---|---|
|  |  |  | <table><tr><td></td><td colspan="2">Year ended October 31,</td></tr><tr><td></td><td>2021</td><td>2020</td></tr><tr><td>Notes</td><td>$</td><td>$</td></tr><tr><td>**Revenue**</td><td></td><td></td></tr><tr><td>Product sales</td><td>6,930,475</td><td>554,914</td></tr><tr><td>Recycling services</td><td>444,401</td><td>237,340</td></tr><tr><td></td><td>7,374,876</td><td>792,254</td></tr><tr><td>**Expenses**</td><td></td><td></td></tr><tr><td>Employee salaries and benefits, net</td><td>12,709,823</td><td>2,819,195</td></tr><tr><td>Professional fees</td><td>7,688,520</td><td>2,962,261</td></tr><tr><td>Share-based compensation    12</td><td>3,982,943</td><td>332,634</td></tr><tr><td>Raw materials and supplies</td><td>3,410,014</td><td>591,881</td></tr><tr><td>Office, administrative and travel</td><td>3,148,871</td><td>476,733</td></tr><tr><td>Depreciation    7,14</td><td>2,899,345</td><td>1,095,250</td></tr><tr><td>Research and development, net</td><td>2,662,572</td><td>776,668</td></tr><tr><td>Freight and shipping</td><td>1,033,149</td><td>137,010</td></tr><tr><td>Plant facilities</td><td>1,030,947</td><td>390,687</td></tr><tr><td>Marketing</td><td>973,695</td><td>365,820</td></tr><tr><td>Change in Finished Goods Inventory</td><td>(307,817)</td><td>(14,022)</td></tr><tr><td></td><td>39,232,062</td><td>9,934,117</td></tr></table> |
| 16 | ¶ 67 | January 31, 2022 Form 20-F, Exhibit 99.3 at 5. | "Also attached to the FY21 Annual Report was the management's discussion and analysis of financial condition and results of operations, which stated the following about the Company's revenue recognition:<br><br>Li-Cycle recognizes revenue from: (i) sales of products, which currently include three intermediate products, being black mass, mixed copper/aluminum and mixed plastics from Li-Cycle's Spokes; and (ii) providing the service of recycling lithium-ion batteries, which includes coordination of logistics and destruction of batteries. We expect Li-Cycle's sales of products to increase as a percentage of overall revenue as more Spokes and Hubs become operational over time. Li-Cycle expects to recognize revenue from sales of end products, including nickel sulphate, cobalt sulphate and lithium carbonate, after its first Hub becomes operational. |

10

| No. | Compl. | Source | Challenged Statement |
|---|---|---|---|
| | | | For product sales, revenue is recognized when control of the goods has transferred, meaning when the goods have been shipped to the customer's location (delivery). ***A receivable is recognized by Li-Cycle when the goods are delivered to the customer***, as this represents the point in time at which the right to consideration becomes unconditional, as passage of time is the only condition to payment becoming due. <br><br>(Emphasis added)." |
| 17 | ¶ 68 | January 31, 2022 Form 20-F, Exhibit 99.3 at 17. | "In its discussion of Critical Accounting Policies and Estimates, Li-Cycle's management also stated: 'Given the significance of revenue and the level of judgment in the provisional pricing, ***revenue recognition is considered a critical accounting policy***.' (emphasis added)." |
| 18 | ¶ 69 | January 31, 2022 Form 20-F, Exhibit 99.2 at 10. | "Also in is discussion of Critical Accounting Policies and Estimates, management said the following regarding its accounting for inventory: <br><br>(e) Inventories <br><br>Raw materials and finished goods are valued at the lower of cost and net realizable value. Cost is determined on a weighted average basis. The cost of finished goods includes the cost of raw materials and the applicable share of the cost of labour and fixed and variable production overheads. Net realizable value is the estimated selling price less the estimated cost of completion and the estimated costs necessary to make the sale. Costs of idle plant operations are expensed. <br><br>At each reporting period, the Company assesses the net realizable value of inventory taking into account current market prices, current economic trends, sales trends and past experiences. |
| 19 | ¶ 70 | January 31, 2022 Form 20-F at 2, 12, 62. | "The FY21 Annual Report also reported that 'Li-Cycle [had] identified material weaknesses in its internal control over financial reporting,' including in areas such as 'revenue recognition, inventory, related-party arrangements, financing transactions and business combination transactions,' that Li-Cycle lacked 'an effective control environment' and an 'adequate number of accounting personnel with appropriate technical training in, and experience with IFRS...': |

11

| No. | Compl. | Source | Challenged Statement |
|-----|--------|--------|---------------------|
| | | | *Li-Cycle has identified material weaknesses in its internal control over financial reporting. If its remediation of such material weaknesses is not effective, or if it fails to develop and maintain a proper and effective internal control over financial reporting, its ability to produce timely and accurate financial statements or comply with applicable laws and regulations could be impaired.*<br><br>Prior to August 10, 2021, Li-Cycle Holdings Corp. was a private company and we addressed our internal control over financial reporting with internal accounting and financial reporting personnel and other resources.<br><br>In the course of preparing for the Business Combination with Peridot Acquisition Corp, Li-Cycle identified material weaknesses in its internal controls over financial reporting. A material weakness is a deficiency, or a combination of deficiencies, in internal control over financial reporting, such that there is a reasonable possibility that a material misstatement of Li-Cycle's annual or interim consolidated financial statements may not be prevented or detected on a timely basis.<br><br>Li-Cycle did not have in place i) an effective control environment with formal processes and procedures and ii) an adequate number of accounting personnel with the appropriate technical training in, and experience with, IFRS to allow for a detailed review of complex accounting transactions, that would identify errors in a timely manner, including in areas such as revenue recognition, inventory, related party arrangements, financing transactions and business combination transactions. Li-Cycle did not design or maintain effective controls over the financial statement close and reporting process in order to ensure the accurate and timely preparation of financial statements in accordance with IFRS. In addition, information technology controls, including end user and privileged access rights and appropriate segregation of duties, including for certain users the ability to create and post journal entries, were not designed or operating effectively. |
| 20 | ¶ 71 | January 31, 2022 Form 20-F at 62. | "Li-Cycle's FY21 Annual Report Management's Report on Internal Controls over Financial Reporting stated that, '[w]e have taken steps to address these material weaknesses and expect to continue to implement the remediation plan...' However, management also noted that, '[a]lthough we have made enhancements to our control procedures in this area, the material weaknesses will not be remediated until the necessary controls have been implemented and are operating effectively.' Finally, management noted that 'there were no changes in our internal control over financial reporting that have materially affected or are reasonably likely to materially affect our internal control over financial reporting.'" |

**The March 17, 2022 Form 6-K**

| No. | Compl. | Source | Challenged Statement |
|---|---|---|---|
| 21 | ¶ 73 | March 17, 2022 Form 6-K, Exhibit 99.1 at 2. | "On March 17, 2022, the Company filed with the SEC a Form 6-K (the 'March 17, 2022 Form 6-K'), which was signed by Defendant Kochhar. The March 17, 2022 Form 6-K attached a press release entitled 'Li-Cycle Reports First Quarter 2022 Financial Results; Significant Milestone Achieved for Rochester Hub Project' (Q1 2022 Financial Results Announcement). The Q1 2022 Financial Results Announcement stated that '[r]evenues for the quarter ended January 31, 2022 increased 277% to $3.8 million, compared to $1.0 million in the same quarter last year.'" |
| 22 | ¶ 74 | March 17, 2022 Form 6-K, Exhibit 99.1 at 9. | "The Q1 2022 Financial Results Announcement reported the following financial statements: |

|  |  | Three months ended January 31, |
|---|---|---|
|  | 2022 $ | 2021 $ |
| **Revenue** | | |
| Product sales | 3,622,447 | 912,866 |
| Recycling services | 215,523 | 104,374 |
|  | 3,837,970 | 1,017,240 |
| **Expenses** | | |
| Employee salaries and benefits | 7,778,660 | 1,698,199 |
| Professional fees | 2,874,039 | 2,434,134 |
| Share-based compensation | 5,198,809 | 746,171 |
| Raw materials and supplies | 1,413,842 | 414,102 |
| Office, administrative and travel | 2,844,540 | 304,241 |
| Depreciation | 1,834,075 | 527,378 |
| Research and development | 341,786 | 527,195 |
| Freight and shipping | 210,361 | 291,050 |
| Plant facilities | 437,070 | 214,134 |
| Marketing | 448,945 | 141,655 |
| Change in Finished Goods Inventory | (811,434) | (77,632) |
|  | 22,570,693 | 7,220,627 |
| Loss from operations | (18,732,723) | (6,203,387) |
| **Other (income) expense** | | |
| Fair value (gain) loss on financial instruments | (50,871,565) | — |
| Interest expense | 3,741,242 | 250,689 |
| Foreign exchange (gain) loss | (11,453) | 391,964 |
| Interest income | (137,587) | (717) |
|  | (47,279,363) | 641,936 |
| Net profit (loss) and comprehensive income (loss) | 28,546,640 | (6,845,323) |
| Earnings (loss) per common share - basic | 0.17 | (0.07) |
| Earnings (loss) per common share - diluted | 0.17 | (0.07) |

13

| No. | Compl. | Source | Challenged Statement |
|---|---|---|---|
| 23 | ¶ 75 | March 17, 2022 Form 6-K, Exhibit 99.2 at 8. | "The March 17, 2022 Form 6-K also attached the Company's consolidated interim financial statements for the period ended January 31, 2022, which reported the following accounts receivable: |

Accounts receivable

| | January 31, 2022 $ | October 31, 2021 $ |
|---|---|---|
| Trade Receivables | 5,815,394 | 4,072,701 |
| Total accounts receivable | 5,815,394 | 4,072,701 |
| Harmonized Sales Taxes receivable | 710,824 | 379,814 |
| Other | – | 593,331 |
| Total other receivables | 710,824 | 973,145 |

For product sales, the Company estimates the amount of consideration to which it expects to be entitled under provisional pricing arrangements. For the three months ended January 31, 2022, the fair value gain arising from changes in estimates was $1,738,469 (three months ended January 31, 2021: $275,503) included in the respective accounts receivable balance.

An insignificant portion of the receivables relate to services revenue which is initially measured at fair value and subsequently at amortized cost. For the three months ended January 31, 2022 and October 31, 2021, the Company has assessed an allowance for credit loss of $nil for service-related receivables based on its past experience, the credit ratings of its existing customers and economic trends.