**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

THE LANIGAN GROUP, INC., INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

PLAINTIFF,

v.

LI-CYCLE HOLDINGS CORP. F/K/A PERIDOT ACQUISITION CORP., AJAY KOCHHAR, TIM JOHNSTON, BRUCE MACINNIS, SCOTT PROCHAZKA, ALAN LEVANDE, MARKUS SPECKS, PRESTON POWELL, JONATHAN SILVER, AND JUNE YEARWOOD,

DEFENDANTS.

Case No. 1:22-cv-02222-HG-RML

---

**DECLARATION OF PETER J. LINKEN IN SUPPORT OF DEFENDANTS'**
**MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**
**FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

I, PETER J. LINKEN, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.      I am a member of the bars of the State of New York and this Court.  I also am Counsel at the law firm Freshfields Bruckhaus Deringer US LLP, attorneys for Defendants Li-Cycle Holdings Corp. f/k/a Peridot Acquisition Corp., Ajay Kochhar, Tim Johnston, Bruce MacInnis, Scott Prochazka, Alan Levande, Markus Specks, Preston Powell, Jonathan Silver, and June Yearwood (collectively, the "Defendants") in the above-captioned action.

2.      I submit this declaration in support of Defendants' Motion to Dismiss the Amended Class Action Complaint for Violations of the Federal Securities Laws, filed simultaneously herewith.

3.      Attached hereto are true and correct copies of the following documents.  The documents have been excerpted to the extent necessary to comply with Rule IV.B.5.a of the Court's Individual Practices.  Defendants are prepared to provide complete copies of any

- 1 -

documents annexed to this Declaration should the Court find the submission of such full copies to be beneficial.

4.      Annexed hereto as **Exhibit A** is a true and correct excerpt of the Registration Statement on Form F-4 of Li-Cycle Holdings Corp., filed with the SEC on March 29, 2021, *available at* https://www.sec.gov/Archives/edgar/data/1828811/000119312521098780/ d317379df4.htm.

5.      Annexed hereto as **Exhibit B** is a true and correct excerpt of the Proxy Statement and Prospectus of Peridot Acquisition Corp., filed with the SEC on July 15, 2021, *available at* https://www.sec.gov/Archives/edgar/data/1828811/000119312521216516/d317379d424b3.htm.

6.      Annexed hereto as **Exhibit C** is a true and correct excerpt of the report published on March 24, 2022 by Blue Orca Capital, bearing the title *Li-Cycle Holdings Corp.*, *available at* https://static1.squarespace.com/static/5a81b554be42d6b09e19fc09/t/623c64001d5d395dc27c523 c/1648124930520/Blue+Orca+Short+Li-Cycle+Corp+%28NYSE+LICY%29.pdf.

7.      Annexed hereto as **Exhibit D** is a true and correct copy of the March 24, 2022 research report published by BMO Capital Markets, titled "Short Report More Like a Minnow; View as a Buying Opportunity," *available at* https://researchglobal0.bmocapitalmarkets.com/ search-results/?search=LICY.

8.      Annexed hereto as **Exhibit E** is a true and correct excerpt of Amendment No. 1 to the Registration Statement on Form F-4 of Li-Cycle Holdings Corp., filed with the SEC on May 13, 2021, *available at* https://www.sec.gov/Archives/edgar/data/1828811/000119312521160481/ d317379df4a.htm.

- 3 -

     I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: December 19, 2022
       New York, New York

_____
            Peter J. Linken