# EXHIBIT A

**Table of Contents**

As filed with the Securities and Exchange Commission on March 29, 2021

Registration No. 333-

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

## FORM F-4
## REGISTRATION STATEMENT
### *UNDER*
### *THE SECURITIES ACT OF 1933*

# LI-CYCLE HOLDINGS CORP.
**(Exact name of registrant as specified in its charter)**

| Ontario | 6770 | Not applicable |
|---|---|---|
| **(State or other jurisdiction of incorporation or organization)** | **(Primary Standard Industrial Classification Code Number)** | **(I.R.S. Employer Identification No.)** |

**c/o Peridot Acquisition Corp.**
**2229 San Felipe Street, Suite 1450**
**Houston, TX 77019**
**(713) 322-7310**
**(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)**

**Li-Cycle Corp.**
**2351 Royal Windsor Dr. Unit 10**
**Mississauga, ON L5J 4S7**
**(877) 542-9253**
**(Name, address, including zip code, and telephone number, including area code, of agent for service)**

*Copies to:*

| Debbie P. Yee, P.C. | Warren M. Katz | Paul M. Tiger | Jonathan Grant |
|---|---|---|---|
| Michael W. Rigdon | Dominique Rolland | Andrea M. Basham | Fraser Bourne |
| Kirkland & Ellis LLP | Stikeman Elliott LLP | Freshfields Bruckhaus Deringer LLP | McCarthy Tétrault LLP |
| 609 Main Street | 1155 René-Lévesque Blvd. West, 41st Floor | 601 Lexington Avenue, 31st Floor | 66 Wellington Street West, Suite 5300, TD Bank |
| Houston, Texas 77002 | Montréal, Quebec H3B 3V2 | New York, New York 10022 | Tower Box 48 |
| Tel: (713) 836-3600 | Tel: (514) 397-3000 | Tel: (212) 277-4000 | Toronto, Ontario M5K 1E6 |
| | | | Tel: (416) 362-1812 |

**Approximate date of commencement of proposed sale to the public**: As soon as practicable after this Registration Statement becomes effective and all other conditions to the Business Combination contemplated by the Business Combination Agreement described in the included proxy statement/prospectus have been satisfied or waived.

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If applicable, place an X in the box to designate the appropriate rule provision relied upon in conducting this transaction:

Exchange Act Rule 13e-4(i) (Cross-Border Issuer Tender Offer) ☐

Exchange Act Rule 14d-1(d) (Cross-Border Third-Party Tender Offer) ☐

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933.

Emerging growth company ☒

If an emerging growth company that prepares its financial statements in accordance with U.S. GAAP, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards† provided pursuant to Section 7(a)(2)(B) of the Securities Act. ☐

† The term "new or revised financial accounting standard" refers to any update issued by the Financial Accounting Standards Board to its Accounting Standards Codification after April 5, 2012

**CALCULATION OF REGISTRATION FEE**

| Title of each class of security to be registered | Amount to be registered[(1)] | Proposed maximum offering price per security | Proposed maximum aggregate offering price | Amount of registration fee[(8)] |
|---|---|---|---|---|
| Common Shares(2)(3)(6) | 65,846,122 | $10.56 | $695,335,048 | $75,861 |
| Warrants(4)(6) | 15,000,000 | $11.50 | $172,500,000 | $18,820 |
| Common Shares issuable upon exercise of Warrants(5)(6) | 15,000,000 | — (7) | — (7) | — (7) |
| Total | | | | $94,681 |

(1) All securities being registered will be issued by Li-Cycle Holdings Corp., an Ontario corporation ("Newco"). In connection with the business combination described in the enclosed proxy statement/prospectus ("Business Combination"), (a) Peridot Acquisition Corp. ("Peridot") will continue as a corporation existing under the laws of the Province of Ontario ("Peridot Ontario"), and in connection therewith, the Class A ordinary shares and Class B ordinary shares of Peridot (together, the "Peridot Shares") and issued and outstanding warrants of Peridot will convert into an equal number of Class A common shares, Class B common shares and warrants to purchase Class A common shares of Peridot Ontario, (b) the Peridot Ontario Class B common shares will convert into Class A common shares of Peridot Ontario on a one-for-one basis, (c) Peridot Ontario and Newco will amalgamate (the "Amalgamation" and Peridot Ontario and Newco as so amalgamated, "Amalco"), and in connection therewith, the Class A common shares and warrants to purchase Class A common shares of Peridot Ontario will be exchanged for an equal number of common shares of Amalco (the "Amalco Shares") and warrants to purchase an equal number of Amalco Shares (the "Amalco Warrants"), and the common share in Newco held by Li-Cycle will be exchanged for an Amalco Share, (d) following the Amalgamation, the Amalco Share held by Li-Cycle will be purchased for cancellation by Amalco for cash equal to the subscription price for the common share in Newco for which such Amalco Share was exchanged pursuant to the Amalgamation, and (e) the preferred shares of Li-Cycle will convert into common shares of Li-Cycle and, on the terms and subject to the conditions set forth in a plan of arrangement, Amalco will acquire all of the issued and outstanding common shares of Li-Cycle (the "Li-Cycle Shares") from Li-Cycle's shareholders (the "Li-Cycle Holders") in exchange for Amalco Shares having an aggregate equity value of $975 million (the "Share Exchange").

(2) Consists of (i) 30,000,000 Amalco Shares issuable to Peridot shareholders (other than holders of Peridot's Class B ordinary shares) in connection with the Amalgamation and (ii) 35,846,122 Amalco Shares issuable to Li-Cycle Holders (other than Li-Cycle Holders subject to the Li-Cycle Transaction Support Agreements (as defined herein)) in connection with the Share Exchange and shares issuable upon exercise of Amalco Options (as defined herein).

(3) Pursuant to Rules 457(c) and 457(f)(1) under the Securities Act of 1933, as amended (the "Securities Act"), and solely for the purpose of calculating the registration fee, the proposed maximum aggregate offering price is equal to the product obtained by multiplying $10.56, which represents the average of the high and low prices of Class A Shares of Peridot on the New York Stock Exchange on March 24, 2021, by 65,846,122, the estimated number of Amalco Shares that will be issuable (other than to certain holders as described in footnote 2 above) in connection with the closing of the Business Combination (including Peridot Class A ordinary shares that may be redeemed pursuant to the terms of Peridot's amended and restated certificate of incorporation).

(4) Consists of warrants of Amalco issuable for outstanding warrants of Peridot Ontario in connection with the Amalgamation, which includes 15,000,000 warrants issued in connection with Peridot's initial public offering.

(5) Consists of the Amalco Shares issuable upon exercise of Amalco Warrants. Each warrant will entitle the warrant holder to purchase one Amalco Share at a price of $11.50 per share (subject to adjustment).

(6) Pursuant to Rule 416(a), there are also being registered an indeterminable number of additional securities as may be issued to prevent dilution resulting from stock splits, stock dividends or similar transactions.

(7) No separate registration fee required pursuant to Rule 457(g) under the Securities Act of 1933, as amended.

(8) Determined in accordance with Section 6(b) of the Securities Act at a rate equal to $109.10 per $1,000,000 of the proposed maximum aggregate offering price.

**The registrant hereby amends this registration statement on such date or dates as may be necessary to delay its effective date until the registrant shall file a further amendment which specifically states that this registration statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act of 1933 or until the registration statement shall become effective on such date as the Securities and Exchange Commission, acting pursuant to said Section 8(a), may determine.**

Table of Contents

***Problems with the handling of lithium-ion battery cells that result in less usage of lithium-ion batteries or affect Li-Cycle's operations could materially affect Li-Cycle's revenues and business.***

On rare occasions, lithium-ion cells can rapidly release the energy they contain by venting smoke and flames in a manner that can ignite nearby materials as well as other lithium-ion cells. Negative public perceptions regarding the suitability of lithium-ion cells for automotive applications, the social and environmental impacts of cobalt mining or any future incident involving lithium-ion cells, such as a vehicle or other fire, even if such incident does not involve Li-Cycle directly, could have a negative impact on the market for lithium-ion batteries, reducing the number of batteries in the market and Li-Cycle's revenue.

In addition, recycling of lithium-ion batteries requires it to store a significant number of lithium-ion cells at its facilities. Any mishandling of lithium-ion battery cells could cause disruption to the operation of Li-Cycle's current or future facilities. While Li-Cycle has implemented safety procedures related to the handling of the cells, a safety issue or fire related to the cells could disrupt Li-Cycle's operations. Any impact on revenue resulting from reduced demand for lithium-ion batteries or on Li-Cycle's operations from security issues at its own facilities could materially adversely affect Li-Cycle's business, results of operations or financial condition.

***Li-Cycle's revenue depends on gaining new customers and off-take agreements and supply commitments from customers.***

Customers may change or delay supply contracts for any number of reasons, such as force majeure or government approval factors that are unrelated to Li-Cycle. As a result, in order to maintain and expand its business, Li-Cycle must continue to develop and obtain new supply contracts. However, it is difficult to predict whether and when Li-Cycle will receive such contracts due to the lengthy process, which may be affected by factors that Li-Cycle does not control, such as market and economic conditions, financing arrangements, commodity prices, environmental issues and government approvals.

***A decline in the adoption rate of electric vehicles, or a decline in the support by governments for "green" energy technologies, could materially harm Li-Cycle's financial results and ability to grow its business.***

The demand for Li-Cycle's recycling services and end products is driven in part by projected increases in the demand for electric vehicles (including automobiles, e-bikes, scooters, buses and trucks). A decline in the adoption rate of electric vehicles could reduce the demand for Li-Cycle's recycling services and end products. A decline in volume under existing contracts or an inability to source new supplier relationships could also have a negative impact on Li-Cycle's operating results.

***Decreases in benchmark prices for the metals contained in Li-Cycle's products could significantly impact Li-Cycle's revenues and results of operations.***

The prices that Li-Cycle charges for its products are generally tied to commodity prices for their principal contained metals, such as lithium, nickel, and cobalt. Fluctuations in the prices of these commodities will affect Li-Cycle's revenues and therefore declines in the prices of these commodities could have a material adverse impact on Li-Cycle's revenues. Any significant decline in Li-Cycle's revenues will have a material impact on its results of operations.

***Li-Cycle's projected revenues for the Rochester Hub are derived significantly from a single customer and the loss of that customer could have a material impact on its results of operations.***

Li-Cycle has entered into a strategic global marketing relationship with Traxys, a company that provides financial and logistics solutions to the metals, mining and energy industries. Li-Cycle has entered into marketing, logistics and working capital agreements with Traxys, covering (i) 100% of its production of black mass, until such time as this material is integrated by Li-Cycle into the supply chain for Li-Cycle's Hubs (subject to the

45

Table of Contents

arrangement has been made with an existing investor. While the exact nature of any other incentive arrangements that may be entered into in the future has not been determined as of the date of this proxy statement/prospectus, they might include, without limitation, arrangements to protect such investors or holders against potential loss in value of their shares, including the granting of put options and the transfer to such investors or holders of shares owned by the Initial Shareholders for nominal value. The purpose of such purchases and other transactions would be to increase the likelihood that the Business Combination Proposal is approved and to decrease the likelihood that holders request redemption of Public Shares. Entering into any such arrangements may have a depressive effect on the price of Amalco Shares. For example, if as a result of these arrangements an investor or holder purchases shares for nominal value, the investor or holder may be more likely to sell such shares immediately following the Closing of the Business Combination for a price below market value.

***The unaudited pro forma condensed combined financial information included in this proxy statement/prospectus may not be indicative of what Peridot and Li-Cycle's actual financial position or results of operations would have been.***

The unaudited pro forma condensed combined financial information in this proxy statement/prospectus is presented for illustrative purposes only and is not necessarily indicative of what Peridot and Li-Cycle's actual financial position or results of operations would have been had the Business Combination been completed on the dates indicated. See the section entitled "*Unaudited Pro Forma Condensed Combined Financial Information*" for more information.

***Li-Cycle's and Peridot's ability to successfully effect the Business Combination and successfully operate the business thereafter will depend largely upon the efforts of certain key personnel, including the key personnel of Li- Cycle, all of whom Peridot expects to stay with Amalco following the Business Combination. The loss of such key personnel could adversely affect the operations and profitability of Amalco's business.***

Peridot and Li-Cycle's ability to recognize certain benefits of the Business Combination and successfully operate Amalco's business following the Business Combination will depend upon the efforts of certain key personnel of Li-Cycle. Although Peridot and Li-Cycle expect all of such key personnel to remain with Amalco following the Business Combination, the unexpected loss of key personnel may adversely affect the operations and profitability of Amalco. In addition, Amalco's future success depends in part on its ability to identify and retain key personnel to succeed senior management. Furthermore, while Peridot has closely scrutinized the skills, abilities and qualifications of the key Li-Cycle personnel that will be employed by Amalco, Peridot's assessment may not prove to be correct. If such personnel do not possess the skills, qualifications or abilities Peridot expects or those necessary to manage a public company, the operations and profitability of Amalco's business may be negatively impacted.

***Following the Business Combination, Amalco's ability to meet expectations and projections in any research or reports published by securities or industry analysts, or a lack of coverage by securities or industry analysts, could result in a depressed market price and limited liquidity for its shares.***

The trading market for Amalco Shares will be influenced by the research and reports that industry or securities analysts may publish about it, its business, its market, or its competitors. If no securities or industry analysts commence coverage of Amalco, its share price would likely be less than that which would be obtained if it had such coverage and the liquidity, or trading volume of its shares may be limited, making it more difficult for a shareholder to sell shares at an acceptable price or amount. If any analysts do cover Amalco, their projections may vary widely and may not accurately predict the results it actually achieves. Amalco's share price may decline if its actual results do not match the projections of research analysts covering it. Similarly, if one or more of the analysts who write reports on Amalco downgrades its shares or publishes inaccurate or unfavorable research about its business, its share price could decline. If one or more of these analysts ceases coverage of Amalco or fails to publish reports on it regularly, its share price or trading volume could decline.

Table of Contents

This explanation of Peridot's reasons for the business combination and all other information presented in this section is forward-looking in nature and, therefore, should be read in light of the factors discussed under the section titled "*Cautionary Note Regarding Forward-Looking Statements*."

In approving the business combination, Peridot's board of directors determined not to obtain a fairness opinion. The officers and directors of Peridot have substantial experience in evaluating the operating and financial merits of companies from a wide range of industries and concluded that their experience and background, together with experience and sector expertise of its financial advisors, enabled such officers and directors of Peridot to make the necessary analyses and determinations regarding the business combination.

Peridot's board of directors considered a number of factors pertaining to the business combination as generally supporting its decision to enter into the Business Combination Agreement and the transactions contemplated thereby, including, but not limited to, the following:

- *Market Leading Position*. Peridot's management and Peridot's board of directors considered Li-Cycle's leading position in the lithium battery recovery market, including as the largest lithium-ion battery recycler in North America.
- *Large and Growing Market*. Peridot's management and Peridot's board of directors considered the fact that Li-Cycle has large addressable market with a growth in demand for Li-Cycle's services projected at a global CAGR of 18% from 2021 to 2025.
- *Strong Partnerships*. Peridot's management and Peridot's board of directors considered Li-Cycle's strong commercial partnerships with key suppliers, including 14 of the largest global automotive and battery manufacturers, which it believes, combined with its total 40+ existing commercial contracts, will contribute to Li-Cycle's rapidly growing blue chip customer base. Li-Cycle's marketing, logistics and working capital agreement with Traxys (which is also an investor in the PIPE Financing) represents an attractive partnership with the largest independent global marketer of cobalt.
- *Positioned for Success in Addressing Global Climate Issues*. Peridot's management and Peridot's board of directors considered Li-Cycle's leading position to achieve success during the ongoing massive global shift toward electrification, increasingly stringent environmental regulations and rising clean energy infrastructure spending, and how these trends are accelerating the demand for Li-Cycle's business, including the provision of lithium-ion battery materials and recycling solutions. In addition, Li-Cycle's patented technology enables a shift away from legacy thermal recycling technologies, which can emit harmful emissions and result in lower recovery rates.
- *Experienced and Proven Management Team*. Peridot's management and Peridot's board of directors believe that Li-Cycle has an exceptionally strong management team, with extensive industry experience and proven track record, which is expected to remain with the combined company to seek to execute Li-Cycle's strategic and growth goals.
- *Availability of PIPE Financing*. Peridot's board of directors considered the success, oversubscription, and upsizing (from $225 million to $315 million) of the PIPE Financing, and the strength of the investor base that has committed to fund the PIPE Financing.
- *Other Alternatives*. Peridot's board of directors believes, after a thorough review of other business combination opportunities reasonably available to Peridot, that the proposed combination represents the best available business combination for Peridot and the most attractive opportunity for Peridot based upon the process utilized to evaluate and assess other potential combination targets, and Peridot's board of directors' belief that such process has not presented a better alternative.
- *Negotiated Transaction*. The financial and other terms of the Business Combination Agreement and the fact that such terms and conditions are reasonable and were the product of arm's length negotiations between Peridot and Li-Cycle.

92

**Table of Contents**

**INFORMATION ABOUT LI-CYCLE**

**General**

Li-Cycle is an industry leader in lithium-ion battery resource recovery and the largest lithium-ion battery recycler in North America. Its proprietary "Spoke and Hub" recycling process is designed to process end-of-life batteries and battery manufacturing scrap to recover valuable raw materials, including lithium carbonate, cobalt sulphate and nickel sulphate, that can be delivered back into the battery production supply chain. Unlike the traditional revenue model for recycling that relies primarily on waste or tipping fees, Li-Cycle's model is focused on generating revenue from sales of the raw materials it produces. Li-Cycle's process enables the recovery of up to 95% of all materials found in lithium-ion batteries, as compared to what Li-Cycle believes to be a 50% traditional industry average.

Lithium-ion batteries are increasingly powering products and solutions in a range of industries, including consumer electronics and electric vehicles ("EVs"). An overview of the industries in which lithium-ion batteries are utilized is set forth below.



*Source: Expert Interviews, Secondary Research, and BIS Research Analysis*

Li-Cycle estimates that by the end of 2020 there were 465,000 tonnes annually of lithium-ion batteries available for recycling globally. The number of mobile devices operating worldwide is expected to reach 17.72 billion by 2024, an increase of 3.7 billion devices compared to 2020 levels, according to Statista. The number of EVs is expected to reach 137.8 million annual sales by 2030, as compared to 7.6 million in 2020, according to the International Energy Agency's 2020 Global EV Outlook.

Li-Cycle currently has over 40 commercial contracts with suppliers of end-of-life lithium-ion batteries and battery-related manufacturing scrap. As the market for EVs grows and the batteries from those vehicles reach end-of-life stage and are available for recycling, Li-Cycle expects to source a larger percentage of its lithium-ion recyclables from EVs.

Under Li-Cycle's two-part "Spoke and Hub" process, end-of-life batteries and battery-related waste are first shipped to Spoke locations, where the materials are mechanically processed into several intermediate products, including black mass. Black mass is a powder-like substance, which contains a number of valuable metals, including lithium, cobalt and nickel. Black mass from several Spoke locations is then collected at a Hub location, where it is put through a hydrometallurgical (or "wet chemistry") process to produce end products, such as lithium carbonate, nickel sulphate and cobalt sulphate, which can be sold back into the battery supply chain and used in the manufacturing of new lithium-ion batteries.

177

Table of Contents

Li-Cycle believes that its recycling process can make a valuable contribution to world's transition to renewable energy sources, by diverting end-of-life lithium-ion battery materials from landfill sites, by offering an environmentally-friendly alternative to energy-intensive pyrometallurgical processing methods, and by providing a steady source of recycled content into the battery supply chain. Li-Cycle's production costs are on average lower than the mining and processing costs otherwise incurred by suppliers to produce these materials. By re-inserting critical materials back into the lithium-ion battery supply chain, Li-Cycle is able to effectively close the loop between the beginning and end-of-life manufacturing phases in both an environmentally and economically sustainable manner.

**Spoke & Hub Processes and Products**

*Spokes*

Spokes handle the preliminary processing of end-of-life batteries and battery scrap. At Li-Cycle's Spokes, batteries for recycling are broken down through a mechanical size reduction process known as shredding and separated into three "intermediate" product lines: black mass, mixed copper/aluminum and mixed plastics.

Li-Cycle currently owns and operates two Spokes, located in Kingston, Ontario and Rochester, New York, respectively. A third Spoke is currently planned to be located in the Southwestern United States.

*Hubs*

At Li-Cycle's Hub facilities, black mass from the Spokes will be separated through the hydrometallurgical circuit to produce individual raw materials with the purity levels required of raw materials to be used in battery production. The end products produced from black mass include lithium carbonate, cobalt sulphate, nickel sulphate and manganese carbonate.

Li-Cycle's hydrometallurgical process is both more efficient and more environmentally friendly than traditional pyrometallurgical processes, which involve volatizing or burning materials at high temperatures. Pyrometallurgical processes have lower recovery rates, are carbon-intensive and generate harmful emissions. Accordingly, the hydrometallurgical process is expected to become the preferred approach to lithium-ion battery recycling among manufacturers who are focused on product stewardship and environmental sustainability.

Li-Cycle's first commercial-scale Hub facility ("Rochester Hub") is currently in late stage development and will be located in the Eastman Business Park, in Rochester, New York.

Utilizing its Spoke & Hub technology, Li-Cycle is able to achieve its industry-leading recovery rate of up to 95%. This two-stage battery recycling model enables Li-Cycle's customers to benefit from a safe and environmentally friendly solution for recycling all types of lithium-ion batteries and lithium-ion battery materials.

**Company Overview and History**

Li-Cycle was founded by Ajay Kochhar and Tim Johnston in 2016 with the goal of solving the global end-of-life lithium-ion battery disposal problem and creating a secondary supply chain to meet the demand for critical battery materials through innovative recycling technology, ultimately creating a closed-loop supply chain. Historically, the products generated from lithium-ion battery recycling processes were treated as a waste and a liability.

Li-Cycle opened its first pilot facility in Canada in 2017, which had a recycling capacity of 50 tonnes per year. In 2018, it launched its first Spoke and Hub demonstration facility in Kingston, Ontario, Canada. Li-Cycle commissioned its first commercial Spoke facility in 2019 in Kingston, Ontario, with a recycling capacity of

178

**Table of Contents**

2,500 tonnes per year, and upgraded this facility to 5,000 tonnes per year in 2020. In late 2020, Li-Cycle opened a second commercial Spoke facility with a recycling capacity of 5,000 tonnes per year, in Rochester, New York. A third commercial Spoke facility is currently planned to be located in the Southwest United States.

Li-Cycle's first revenue-generating Hub will be located in Rochester, New York, and is currently in late stage development. Based on current scopes of work and engineering studies, the Rochester Hub would require an estimated investment of approximately $175 million. Pending the approval of local and environmental permits, construction of the Hub would begin in late 2021, with the start of operations commencing in early 2023. The Rochester Hub is expected to result in the creation of approximately 120 new jobs. The location of the Rochester Hub was specifically selected due to the nature of the infrastructure available at the site, including utilities, logistics, and other physical infrastructure. The Rochester Hub is expected to have the capacity to process 25,000 tonnes of black mass annually (equivalent to approximately 60,000 tonnes of lithium-ion battery feed equivalent annually).

In 2021, Li-Cycle received the 2021 Big Innovation Award presented by Business Intelligence Group, and it was named to the World Circular Economy Forum's list of Circular Economy Solutions Inspiring the World. In addition, it was named a 2020 and 2021 Global Cleantech 100 Company by the Cleantech Group and was a finalist in the 10th Annual Business Green Leaders Awards.

**Customer Services**

Li-Cycle provides sustainable and customer-centric solutions for each of its customer's battery recycling needs. It provides the support necessary along each step of the process to ensure that its customers' battery recycling experience is handled in a manner that is safe, professional, and economically viable.

*Logistics Management*

Li-Cycle works closely with a reliable network of logistics partners to support customers in transporting their batteries to Li-Cycle's facilities. This includes:

- seamless and efficient coordination of shipments;
- logistics partners to support transporting batteries from around the world;
- a knowledgeable team to assist the customer in understanding packaging and documentation requirements;
- managing storage and logistics with respect to specialized containers and shipment of large format, high voltage batteries used for electric vehicles and energy storage; and
- compliance with applicable regional, state, provincial and country regulations.

*Secure Destruction*

Li-Cycle offers its customers a home for the secure destruction of materials containing IP-sensitive design information, such as research and development batteries and battery materials. Li-Cycle has adopted procedures to protect the privacy and confidentiality of its customers' trade secrets.

*Add-On Services*

In addition to providing advice on packaging and support with procurement, Li-Cycle provides spare battery storage, manages comprehensive battery replacement campaigns and customizes programs and services to individual customers' needs.

**Table of Contents**

**Customer Agreements**

*Glencore*

Li-Cycle has a current off-take agreement with Glencore, an Anglo-Swiss multinational commodity trading and mining company, pertaining to the sale of black mass produced at Li-Cycle's Spokes. Li-Cycle is paid in accordance with commodities pricing at the time of sale, subject to discounts due to additional refinements required for Glencore to be able to isolate cobalt metal and nickel metal end-products from the black mass it purchases. Product sales to Glencore represented a significant majority of Li-Cycle's revenues in 2020. Li-Cycle expects to continue to sell black mass from its Spokes to third parties, pending completion of its first commercial Hub in Rochester, New York.

*Traxys*

Li-Cycle has entered into a strategic global marketing relationship with Traxys, a company that provides financial and logistics solutions to the metals, mining and energy industries. Li-Cycle has entered into two Marketing, Logistics and Working Capital Agreements with Traxys, covering (i) 100% of its production of black mass, until such time as this material is integrated by Li-Cycle into the supply chain for Li-Cycle's Hubs, and (ii) 100% of its production of certain end products from Li-Cycle's Hubs, being lithium carbonate, cobalt sulphate, nickel sulphate, manganese carbonate and graphite concentrate. The black mass agreement remains subject to the completion of certain outstanding fixed-volume sales commitments to a third-party purchaser, to be completed by Li-Cycle in 2021, and the Hub products agreement is limited to production which is controlled by Li-Cycle (namely, production from the Rochester Hub and production that is not committed to any third-party JV partners at other Hubs). The Hub products agreement extends for term expiring seven years after the achievement of certain commercial production milestones at the Rochester Hub, and is therefore expected to extend to 2030. Traxys may earn marketing fees under these agreements, based on the final sales price of products sold by Traxys to its third-party customers, as well as interest on provisional payments made from Traxys to Li-Cycle. Prices are based on index pricing for the critical materials, adjusted for the product form (e.g. adjusted to reflect the pricing for the premium battery grade nickel sulphate form, relative to the relevant index pricing which is for nickel metal). Commercial terms between Traxys and its third-party customers are arranged in advance, transparent to Li-Cycle and based on the commodity prices for the metals contained in the Li-Cycle products.

Sales of Li-Cycle products through Traxys are expected to represent the significant majority of Li-Cycle's revenues. When the Rochester Hub commences commercial production, Li-Cycle expects to generate approximately $300 million per year of revenue from the sale of Hub products to Traxys (based on existing commodity price estimates). Estimates of future revenues are based on commodity price assumptions for the metals contained in the applicable end products, and actual revenues will vary.

*Others*

Li-Cycle has entered into agreements with third party purchasers for other intermediate products produced at the Spokes, including mixed copper/aluminum and plastics. Li-Cycle sells mixed/copper aluminum products to Glencore, an Anglo-Swiss multinational commodity trading and mining company. It sold black mass to Glencore in past periods, and has an outstanding commitment to sell a fixed volume of black mass to Glencore pursuant to an agreement ending December 31, 2021. Product sales to Glencore represented approximately seventy percent (70%) of Li-Cycle's revenues in fiscal 2020 and are expected to represent a significant portion of Li-Cycle's revenues in fiscal 2021. Under the terms of Li-Cycle's agreements with Glencore, Li-Cycle receives an agreed percentage of the contained metal content, at referenced commodity prices for the applicable metals, less applicable treatment and refining charges.

180

Table of Contents

Li-Cycle's success is highly dependent on human capital and a strong leadership team. Li-Cycle aims to attract, retain and develop staff with the skills, experience and potential necessary to implement its growth strategy.

Li-Cycle's culture is fair, ethical, diverse and performance-oriented. When onboarding new employees, Li-Cycle communicates its vision and core values that it expects all staff to uphold, which is underpinned by a business-wide Code of Conduct and Ethics supported by appropriate training programs. Li-Cycle regularly engages with staff on issues affecting the business through group-wide and location-specific "all-hands" and "town hall" sessions and other engagement platforms.

None of Li-Cycle's employees are represented by a labor union and there have been no work stoppages to date. Li-Cycle generally considers relations with its employees to be good.

**Legal Proceedings**

Li-Cycle is not currently, nor ever has been, party to any legal proceedings, but it could be involved in various litigation and regulatory proceedings arising in the normal course of business in the future. Where it is determined, in consultation with counsel based on litigation and settlement risks, that a loss is both probable and estimable, Li-Cycle establishes an accrual. Li-Cycle expects that it may not be able to predict with certainty outcome of any litigation or the potential for future litigation. Li-Cycle expects to continuously monitor any proceedings as they develop and adjust any accrual or disclosure as needed. Regardless of the outcome, litigation could have an adverse impact on Li-Cycle due of defense costs, diversion of management resources and other factors, and it could have a material effect on Li-Cycle's results of operations for a given reporting period.

**Li-Cycle's Vision, Mission and Commitment to Environmental, Social and Governance Leadership**

Li-Cycle's vision is to be the world's most sustainable, vertically-integrated and globally pre-eminent lithium-ion battery resource recovery company. The company's mission is: (i) to provide sustainable and safe customer-centric solutions and technology to solve the global end-of-life lithium-ion battery challenge, and (ii) to meet the rapidly growing demand for critical battery materials.

By supporting the lithium-ion battery materials supply chain with an innovative recycling solution, Li-Cycle is contributing to the global "green energy" transition and the movement toward a zero-carbon economy. Li-Cycle's Spoke-and-Hub technologies provide up to 95% resource recovery, and minimize harmful air emissions, wastewater and solid waste, and use far less energy than other recycling solutions or resources derived from primary mining and processing.

Li-Cycle believes that environmental, social and governance ("ESG") leadership is important to the success of its business model and intends to develop corporate policies and business practices to support these values.

**Li-Cycle's Focus on Quality and Sustainability**

Li-Cycle has instituted an Integrated Business Policy to guide its actions on health and safety, environmental and quality practices.

Li-Cycle's Kingston and Mississauga sites are certified by ISO ("International Standards Organization") 9001 quality standard, ISO 14001 environmental standard, ISO 45001 employee health & safety standard and the Responsible Recycling ("R2") electronics recycling.

Li-Cycle prioritizes the safety of its employees, suppliers, contractors and visitors. Li-Cycle aims for a "zero-harm" workplace and ensures compliance with all applicable occupation health and safety laws, regulations and standards in the jurisdictions in which it operates. Li-Cycle provides training to its employees on quality, health and safety and environmental and R2 requirements. Li-Cycle also ensures that its equipment is equipped with safety instructions, allots the time to practice emergency procedures and expects its managers and employees to maintain clean and well-organized facilities.

Table of Contents

a recycling efficiency rate of least 65% by 2025 (also includes a potential 'high level of ambition' mandate for a recycling efficiency rate of at least 70% by 2030; this is being discussed as part of the proposed regulation).

Li-Cycle is well-positioned to comply with heightened battery regulations across the globe. Li-Cycle holds all licenses currently required in connection with its technologies and operations. Li-Cycle has engaged a third-party consultant to work with a dedicated team across all Li-Cycle projects, supporting it with permitting, regulatory compliance, and keeping it apprised on all legal changes.

While competitors face challenges adapting to increasingly stringent environmental regulations, Li-Cycle's technologies are sustainable, and attractive to a growing number of ESG-focused clients. Li-Cycle's scalable, sustainable, safe and patented Spoke-and-Hub technologies provide up to 95% resource recovery, produce no solid waste or wastewater, zero impact air emissions from the process, and use far less energy than any other existing solutions. By contrast, other hydrometallurgical technologies often have significant water emissions and solid waste streams, while smelting or thermal processing typically involves burning of lithium-ion batteries that produces toxic emissions in the off-gas. The emissions caused by competitor methods present regulatory compliance challenges and complicates facility permitting. This provides a significant opportunity for Li-Cycle with a truly differentiated hydrometallurgical process.

Government mandates also continue to drive increased infrastructure spending and funding availability for the battery supply chain. In the U.S., the Biden administration has announced it will make a $2 trillion investment in infrastructure and the clean energy economy. Li-Cycle has built strong connections with various government agencies and expects to continue to build on these relationships to accelerate Li-Cycle's growth.

### Research and Development

Li-Cycle's currently has a team of nine employees that conducts R&D from its facilities in Ontario, Canada. Li-Cycle continues to conduct R&D centered on various aspects of the business. R&D work continues in support of its Rochester Hub project, specifically focused on continuous optimization of operating parameters and preparing for operations. Li-Cycle also continue to develop and evaluate new concepts with an eye to the future, including solid state battery processing and others related to both the Spoke and Hub technologies.

### Components of Results of Operations

*Basis of Presentation*

Li-Cycle's consolidated financial statements have been prepared in accordance with IFRS. All amounts are in Canadian dollars except otherwise indicated. Currently, Li-Cycle conducts business through one operating segment. Li-Cycle was a pre-revenue company with no commercial operations until 2020. For more information about Li-Cycle's basis of presentation, refer to Note 2 in the accompanying financial statements of Li-Cycle included elsewhere in this proxy statement/prospectus. Li-Cycle's fiscal year end is October 31.

*Revenue*

Li-Cycle recognizes revenue from: (i) sales of products, which currently include intermediate products, shredded metal and mixed plastic from Li-Cycle's Spokes; and (ii) providing the service of recycling lithium-ion batteries, which includes coordination of logistics and destruction of batteries. Li-Cycle expects its sales of products to increase as a percentage of overall revenue, as more Spokes and Hubs become operational over time.

For sales of products, revenue is recognized when control of the goods has transferred, meaning when the goods have been shipped to the customer's location (delivery). A receivable is recognized by Li-Cycle when the goods are delivered to the customer as this represents the point in time at which the right to consideration becomes unconditional, as passage of time is the only condition to payment becoming due. The revenue recognized is

191

Table of Contents

based on commodity prices at the time of delivery. Under Li-Cycle's standard contract terms, customers do not have a right of return. Li-Cycle estimates all amounts of consideration to which it expects to be entitled and updates those estimates at the end each reporting period based on market prices. The final settlement amount for the sale of products is typically determined several months after delivery and customer processing of the products, and may result in an adjustment to the previously recognized revenue based on commodity prices on the final settlement date.

Service revenue is recognized upon completion of each service. Prices for services are separately identifiable within each contract. A receivable is recognized by Li-Cycle when the services are completed as this represents the point in time at which the right to consideration becomes unconditional, as passage of time is the only condition to payment becoming due.

*Expenses*

Primary expense categories for Li-Cycle include employee salaries and benefits, consulting and professional fees, R&D and depreciation. As Li-Cycle continues to grow and expand internationally, additional personnel expenses are anticipated. The amount of consulting and professional fees incurred is commensurate with the engineering requirements associated with the Rochester Hub project, as well as requisite expenses for legal and audit as Li-Cycle funds its operations and scales its internal systems and processes. R&D expenses reflect ongoing efforts by Li-Cycle to develop and expand its technology, and such costs are offset by any government funding for government funded projects.

*Finance Costs/Interest Expense*

Financing costs are typically applied against the gross proceeds of any capital raised, and in the case of debt, amortized over the term of such debt. Interest expense represents the actual cash interest costs incurred plus any accrued interest payable at a future date.

**Results of Operations**

*Comparison of Years Ended October 31, 2020 and 2019*

| | Year Ended October 31, | | $ Change | % Change |
|---|---|---|---|---|
| | 2020 | 2019 | | |
| | (dollar amounts in thousands, except share and per share data) | | | |
| Revenues | $ 1,059 | $ 64 | $ 995 | 1,555% |
| Product sales | 740 | 0 | 740 | % |
| Recycling Services | 319 | 64 | 255 | 399% |
| Operating expenses | 13,343 | 5,463 | 7,881 | 144% |
| Professional fees | 3,972 | 726 | 3,245 | 447% |
| Employee salaries and benefits, net | 3,794 | 807 | 2,986 | 370% |
| Depreciation | 1,473 | 244 | 1,228 | 503% |
| Research and development, net | 1,035 | 2,805 | (1,770) | (63)% |
| Raw materials and supplies | 783 | — | 783 | |
| Plant facilities and other | 530 | — | 530 | |
| Marketing | 490 | 87 | 402 | 460% |
| Share-based compensation | 447 | 129 | 318 | 246% |
| Office and administrative | 422 | 472 | (50) | (11)% |
| Travel and entertainment | 215 | 183 | 32 | 17% |
| Freight and shipping | 183 | 8 | 176 | 2,285% |

192

Table of Contents

**REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

To the shareholders and the Board of Directors of Li-Cycle Corp.

**Opinion on the Financial Statements**

We have audited the accompanying consolidated statements of financial position of Li-Cycle Corp. and subsidiaries (the "Company") as of October 31, 2020 and 2019, the related consolidated statements of loss and comprehensive loss, changes in equity, and cash flows, for each of the three years in the period ended October 31, 2020, and the related notes (collectively referred to as the "financial statements"). In our opinion, the financial statements present fairly, in all material respects, the financial position of the Company as of October 31, 2020 and 2019, and its financial performance and its cash flows for each of the three years in the period ended October 31, 2020, in conformity with International Financial Reporting Standards as issued by the International Accounting Standards Board.

**Change in Accounting Principles**

As discussed in Note 3 to the financial statements, effective November 1, 2019, the Company adopted IFRS 16 – Leases using the cumulative catch-up approach.

**Basis for Opinion**

These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on the Company's financial statements based on our audits. We are a public accounting firm registered with the Public Company Accounting Oversight Board (United States) (PCAOB) and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audits in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement, whether due to error or fraud. The Company is not required to have, nor were we engaged to perform, an audit of its internal control over financial reporting. As part of our audits, we are required to obtain an understanding of internal control over financial reporting but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control over financial reporting. Accordingly, we express no such opinion.

Our audits included performing procedures to assess the risks of material misstatement of the financial statements, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the financial statements. We believe that our audits provide a reasonable basis for our opinion.

/s/ Deloitte LLP

Chartered Professional Accountants
Licensed Public Accountants
Toronto, Canada
March 29, 2021

We have served as the Company's auditor since 2019.

F-21

Table of Contents

**Li-Cycle Corp.**
**Notes to the consolidated financial statements**
October 31, 2020
(Expressed in Canadian dollars)

       •   the ability to measure reliably the expenditure attributable to the intangible asset during its development.

The amount initially recognised for internally-generated intangible assets is the sum of the expenditure incurred from the date when the intangible asset first meets the recognition criteria listed above. Where no internally generated intangible asset can be recognised, development expenditure is recognised in profit or loss in the period in which it is incurred.

Subsequent to initial recognition, internally-generated intangible assets are reported at cost less accumulated amortisation and accumulated impairment losses, on the same basis as intangible assets that are acquired separately.

No development costs have been capitalized to date.

*(q)*     *Revenue recognition*

The Company's principal activities generate revenues from the operation of lithium-ion battery recycling plants. The Company uses the following five step approach to revenue recognition:

Step 1: Identify the contract(s) with a customer

Step 2: Identify the performance obligations in the contract

Step 3: Determine the transaction price

Step 4: Allocate the transaction price to the performance obligations in the contract

Step 5: Recognize revenue when (or as) the entity satisfies a performance obligation

The Company recognizes revenue from the following major sources:
- Services of recycling lithium-ion batteries which includes coordination of logistics and destruction of batteries
- Sales of products which includes black mass, shredded metal and plastic

Revenue is measured based on the consideration to which the Company expects to be entitled to in a contract with a customer. The Company recognizes revenue when it transfers control of a product or service to a customer. There are no significant financing components associated with the Company's payment terms.

Service revenue is recognized at a point in time upon completion of the services. Prices for services are separately identifiable within each contract. A receivable is recognized by the Company when the services are completed as this represents the point in time at which the right to consideration becomes unconditional, as only the passage of time is required before payment is due.

For sale of products, revenue is recognized when control of the goods has transferred, being when the goods have been shipped to the customer's location (delivery). A receivable is recognised by the Company when the goods are delivered to the customer as this represents the point in time at which the right to consideration becomes unconditional, as only the passage of time is required before payment is due. Under the Company's standard contract terms, customers do not have a right of return. The Company estimates the amount of consideration to which it expects to be entitled to under provisional pricing arrangements. The amount of consideration for products is based on market prices at the date of settlement, weight and assay, subject to customer confirmation. Revenue and the related accounts

F-33

**Table of Contents**

**Li-Cycle Corp.**
**Notes to the consolidated financial statements**
October 31, 2020
(Expressed in Canadian dollars)

receivables are measured at fair value at initial recognition and are re-estimated by reference to current market prices at each reporting period end and changes in fair value are recognized as an adjustment to profit and loss and the related accounts receivable.

(r)     *Share capital*

The Company records proceeds from the issuance of its common shares as equity. Incremental costs directly attributable to the issue of new common shares are shown in equity as a deduction, net of tax, from the proceeds.

(s)     *Financing costs*

Professional, consulting, regulatory and other costs directly attributable to financing transactions are recorded as deferred financing costs until the financing transactions are completed, if the completion of the transaction is considered likely; otherwise they are expensed as incurred. Share issue costs are charged to share capital when the related shares are issued. Deferred financing costs related to financing transactions that are not completed are charged to earnings.

(t)     *Share-based compensation*

The Company accounts for stock options using the fair value-based method of accounting for share-based compensation. Fair values are determined using the Black-Scholes-Merton option pricing model ("BSM"). Management exercises judgment in determining the underlying share price volatility, expected life of the option, expected forfeitures and other parameters of the calculations. Compensation costs are recognized over the vesting period as an increase to share-based compensation expense and contributed surplus. If, and when, stock options are ultimately exercised, the applicable amounts of contributed surplus are transferred to share capital.

The Company accounts for outstanding RSUs by recognizing a liability for the goods or services acquired, measured initially at the fair value of the liability. At each reporting date until the liability is settled, and at the date of settlement, the fair value of the liability is remeasured, with any changes in fair value recognised in profit or loss for the year.

(u)     *Significant accounting estimates and judgments*

The preparation of the financial statements in conformity with IFRS requires management to make judgements, estimates and assumptions that are based on historical experience and various other factors that are believed to be reasonable under the circumstances, the results of which affect the application of accounting policies and the reported amounts of assets, liabilities and expenses. Actual results may differ from these estimates.

Estimates and underlying assumptions are reviewed on an ongoing basis. Revisions to accounting estimates are recognized in the period in which the estimate is revised and in any future periods affected. Significant estimates include:

(a)     the determination and valuation of deferred income tax assets and liabilities;
(b)     the determination of the useful life and impairment of the plant and equipment;
(c)     the valuation and measurement of the convertible debt and the related conversion feature;

F-34

Table of Contents

**REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

To the shareholder and the Board of Directors of Li-Cycle Holdings Corp.

**Opinion on the Financial Statements**

We have audited the accompanying statement of financial position of Li-Cycle Holdings Corp. (the "Company") as of February 12, 2021, and the related notes (collectively referred to as the "financial statements"). In our opinion, the financial statements present fairly, in all material respects, the financial position of the Company as of February 12, 2021 in conformity with International Financial Reporting Standards as issued by the International Accounting Standards Board.

**Basis for Opinion**

These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on the Company's financial statements based on our audit. We are a public accounting firm registered with the Public Company Accounting Oversight Board (United States) (PCAOB) and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audit in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement, whether due to error or fraud. The Company is not required to have, nor were we engaged to perform, an audit of its internal control over financial reporting. As part of our audit, we are required to obtain an understanding of internal control over financial reporting but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control over financial reporting. Accordingly, we express no such opinion.

Our audit included performing procedures to assess the risks of material misstatement of the financial statements, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements. Our audit also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the financial statements. We believe that our audit provides a reasonable basis for our opinion.

/s/ Deloitte LLP

Chartered Professional Accountants
Licensed Public Accountants
Toronto, Canada
March 29, 2021

We have served as the Company's auditor since 2021.

F-58