# EXHIBIT B

**Table of Contents**

**Filed Pursuant to Rule 424(b)(3)**
**Registration No. 333-254843**

**PROXY STATEMENT AND PROSPECTUS**
**DATED JULY 15, 2021**

**PERIDOT ACQUISITION CORP.**
**2229 San Felipe Street, Suite 1450**
**Houston, TX 77019**

Dear Peridot Acquisition Corp. Shareholders:

You are cordially invited to attend the extraordinary general meeting of shareholders of Peridot Acquisition Corp., which we refer to as "we," "us," "our," or "Peridot," at 9:00 a.m., Central time, on August 5, 2021. Due to the public health impact of the coronavirus pandemic, and to support the health and well-being of Peridot's shareholders and their families, Peridot will hold the extraordinary general meeting in both virtual and physical format and we strongly recommend that you attend the meeting virtually. For the purposes of the Articles (as defined below), the physical place of the meeting will be 2229 San Felipe Street, Suite 1450, Houston, TX 77019. You will be able to attend, vote your shares, and submit questions during the extraordinary general meeting either in person or virtually via a live audio webcast. In order to attend the meeting virtually, you must pre-register at the following website: https://www.cstproxy.com/peridotspac/sm2021.

At the extraordinary general meeting of shareholders, our shareholders will be asked to consider and vote upon, among other proposals, a proposal, which we refer to as the "Business Combination Proposal," to approve the Business Combination (as defined below) by the approval and adoption of a business combination agreement (as may be amended, the "Business Combination Agreement") that Peridot has entered into with Li-Cycle Corp., an Ontario corporation ("Li-Cycle"), and Li-Cycle Holdings Corp., an Ontario corporation and a wholly owned subsidiary of Li-Cycle ("Newco"). Pursuant to the Business Combination Agreement, each of the following transactions will occur in the following order on the Closing Date (except as otherwise provided):

- prior to the Closing Date, Peridot will continue as a corporation existing under the laws of the Province of Ontario (the "Continuance" and Peridot as so continued, "Peridot Ontario"), and in connection therewith, the Class A ordinary shares, par value $0.0001 per share, of Peridot (the "Class A Shares"), the Class B ordinary shares, par value $0.0001 per share, of Peridot (the "Class B Shares" or "Founder Shares" and, together with the Class A Shares, the "Peridot Shares"), and the warrants to purchase Class A Shares, in each case, issued and outstanding immediately prior to the Continuance will convert into an equal number of Class A common shares, Class B common shares and warrants to purchase Class A common shares of Peridot Ontario;
- following the Continuance and any forfeiture by Peridot Acquisition Sponsor, LLC, a Delaware limited liability company (the "Sponsor"), of Class B common shares of Peridot Ontario, as described herein under "*Peridot Shareholder Proposal No. 1 – The Business Combination Proposal – Certain Agreements Related to the Business Combination – Sponsor Letter Agreement,*" the Class B common shares will convert into Class A common shares of Peridot Ontario on a one-for-one basis; and
- on the terms, subject to the conditions and in accordance with the sequencing set forth in the plan of arrangement in substantially the form attached to this proxy statement/prospectus as Annex C (the "Arrangement"), on the Closing Date (i) Peridot Ontario and Newco will amalgamate (the "Amalgamation" and Peridot Ontario and Newco as so amalgamated, "Amalco"), and in connection

Table of Contents

***Li-Cycle's projected revenues for the Rochester Hub are derived significantly from a single customer and the loss of that customer could have a material impact on its results of operations.***

Li-Cycle has entered into a strategic global marketing relationship with Traxys, a company that provides financial and logistics solutions to the metals, mining and energy industries. Li-Cycle has entered into two Marketing, Logistics and Working Capital Agreements with Traxys, covering (i) 100% of its production of black mass, until such time as this material is integrated by Li-Cycle into the supply chain for Li-Cycle's Hubs, and (ii) 100% of its production of certain end products from Li-Cycle's Hubs, being lithium carbonate, cobalt sulphate, nickel sulphate, manganese carbonate and graphite concentrate. If these contracts were breached or terminated, then Li-Cycle would need to restructure its marketing, commercial and logistics arrangements (by completing such functions in-house or through other service providers) and Li-Cycle could experience a decline in revenues that could have a material adverse impact on its results of operations.

***Li-Cycle's insurance may not cover all liabilities and damages.***

Li-Cycle's operations can be dangerous and hazardous. The insurance Li-Cycle carries might not be enough to cover all the liabilities and damages that may be caused by potential accidents.

***Li-Cycle's heavy reliance on the experience and expertise of its management may cause adverse impacts on it if a management member departs.***

Li-Cycle depends on key personnel for the success of its business. Li-Cycle's business may be severely disrupted if it loses the services of its key executives and employees or fails to add new senior and middle managers to its management.

Li-Cycle's future success is heavily dependent upon the continued service of its key executives. Li-Cycle also relies on a number of key technology staff for its continued operation. Li-Cycle's future success is also dependent upon its ability to attract and retain qualified senior and middle managers to its management team. If one or more of its current or future key executives or employees are unable or unwilling to continue in their present positions, Li-Cycle may not be able to easily replace them, and its business may be severely disrupted. In addition, if any of these key executives or employees joins a competitor or forms a competing company, Li-Cycle could lose customers and suppliers and incur additional expenses to recruit and train personnel.

***Li-Cycle's relies on third-party consultants for its regulatory compliance and Li-Cycle could be adversely impacted if the consultants do not correctly inform Li-Cycle of the legal changes.***

Li-Cycle depends on third-party consultants to work with it across all of its projects to ensure correct permitting, regulatory compliance and keep Li-Cycle apprised on legal changes. Li-Cycle may face non-compliance challenges if the third-party consultants do not inform Li-Cycle of the proper compliance measures or if Li-Cycle fails to maintain its engagement with third-party consultants. If Li-Cycle is not in compliance with the current regulations, it could face litigation, sanctions and fees.

***Li-Cycle may not be able to complete its recycling processes as quickly as customers may require, which could cause it to lose supply contracts and could harm its reputation.***

Li-Cycle may not be able to complete its recycling processes to meet the supply it receives from its customers. Operating delays and interruptions can occur for many reasons, including, but not limited to:
- equipment failures;
- personnel shortage;
- labor disputes; or
- transportation disruptions.

49

Table of Contents

owned by the Initial Shareholders for nominal value. The purpose of such purchases and other transactions would be to increase the likelihood that the Business Combination Proposal is approved and to decrease the likelihood that holders request redemption of Public Shares. Entering into any such arrangements may have a depressive effect on the price of Amalco Shares. For example, if as a result of these arrangements an investor or holder purchases shares for nominal value, the investor or holder may be more likely to sell such shares immediately following the Closing of the Business Combination for a price below market value.

***The unaudited pro forma condensed combined financial information included in this proxy statement/prospectus may not be indicative of what Peridot and Li-Cycle's actual financial position or results of operations would have been.***

The unaudited pro forma condensed combined financial information in this proxy statement/prospectus is presented for illustrative purposes only and is not necessarily indicative of what Peridot and Li-Cycle's actual financial position or results of operations would have been had the Business Combination been completed on the dates indicated. See the section entitled "*Unaudited Pro Forma Condensed Combined Financial Information*" for more information.

***Li-Cycle's and Peridot's ability to successfully effect the Business Combination and successfully operate the business thereafter will depend largely upon the efforts of certain key personnel, including the key personnel of Li- Cycle, all of whom Peridot expects to stay with Amalco following the Business Combination. The loss of such key personnel could adversely affect the operations and profitability of Amalco's business.***

Peridot and Li-Cycle's ability to recognize certain benefits of the Business Combination and successfully operate Amalco's business following the Business Combination will depend upon the efforts of certain key personnel of Li-Cycle. Although Peridot and Li-Cycle expect all of such key personnel to remain with Amalco following the Business Combination, the unexpected loss of key personnel may adversely affect the operations and profitability of Amalco. In addition, Amalco's future success depends in part on its ability to identify and retain key personnel to succeed senior management. Furthermore, while Peridot has closely scrutinized the skills, abilities and qualifications of the key Li-Cycle personnel that will be employed by Amalco, Peridot's assessment may not prove to be correct. If such personnel do not possess the skills, qualifications or abilities Peridot expects or those necessary to manage a public company, the operations and profitability of Amalco's business may be negatively impacted.

***Following the Business Combination, Amalco's ability to meet expectations and projections in any research or reports published by securities or industry analysts, or a lack of coverage by securities or industry analysts, could result in a depressed market price and limited liquidity for its shares.***

The trading market for Amalco Shares will be influenced by the research and reports that industry or securities analysts may publish about it, its business, its market, or its competitors. If no securities or industry analysts commence coverage of Amalco, its share price would likely be less than that which would be obtained if it had such coverage and the liquidity, or trading volume of its shares may be limited, making it more difficult for a shareholder to sell shares at an acceptable price or amount. If any analysts do cover Amalco, their projections may vary widely and may not accurately predict the results it actually achieves. Amalco's share price may decline if its actual results do not match the projections of research analysts covering it. Similarly, if one or more of the analysts who write reports on Amalco downgrades its shares or publishes inaccurate or unfavorable research about its business, its share price could decline. If one or more of these analysts ceases coverage of Amalco or fails to publish reports on it regularly, its share price or trading volume could decline.

Table of Contents

*Projected Financial Information*." Additionally, Peridot considered Li-Cycle's business and financial metrics, including firm value-to-EBITDA relative to those of public company peers operating in a wide range of similar industries, including electrification manufacturers (ChargePoint, EOS Energy Storage and Romeo Power); disruptive battery electric vehicle makers (Canoo, Fisker, Hyliion, Lordstown, Nio and Tesla); battery manufacturers (BYD, CATL, LG Chem and Panasonic); waste management recycling providers (Casella, GFL Environmental, Gem Co, SteriCycle, Umicore and Waste Connections); and lithium producers (Albemarle and Livent). Based on Peridot's analysis and after discussions with Li-Cycle's management, the parties determined that the $975 million implied equity value would provide a discount to trading comparables and ensure an attractive entry point for new investors.

On January 6, 2021 Li-Cycle provided Peridot with a revised draft of the Term Sheet that proposed the following material revisions: (a) the post-closing management equity compensation plan would include an unallocated reserve which, when considered in combination with rolled over and converted Li-Cycle options, would total an aggregate of 7-10% of Amalco's fully diluted capitalization and no less than a 5% "evergreen" provision, subject to upward adjustment based on the achievement of certain performance goals and (b) as part of the equity compensation plan, certain members of Li-Cycle's management would be granted equity awards (rather than restricted share units awards) at closing.

On January 7, 2021, Peridot provided Li-Cycle with a final, revised draft of the Term Sheet that accepted the revisions proposed by Li-Cycle in the January 6, 2021 draft and added an illustrative pro forma ownership capitalization table. On the same day, following the receipt of the final draft Term Sheet, Mr. Levande executed the Term Sheet on behalf of Peridot and Mr. Kochhar subsequently executed the Term Sheet on behalf of Li-Cycle, and at this time the parties became subject to the binding exclusivity period provided for therein that ended on 5:00 p.m. Eastern Time on February 6, 2021 (30 days after the execution of the Term Sheet), with an automatic 15 -day extension to occur thereafter, unless either party gave written notice to the other party of termination thereof prior to February 6, 2021.

On January 8, 2021, Li-Cycle provided Peridot and its advisors with access to an online data room for purposes of conducting further business, operational, financial, legal, tax, intellectual property, insurance, key partnership arrangements and other due diligence with respect to Li-Cycle. Between January 8, 2021 and February 15, 2021, representatives of Peridot, including its directors and officers and third-party advisors, and Sponsor, conducted further business, financial, technical, commercial and other due diligence with respect to Li-Cycle and, over the same period of time, Peridot's legal and tax advisors conducted due diligence with respect to Li-Cycle. Before reaching the determination that it was in the best interests of Peridot and its shareholders to approve the proposed transaction, Peridot's board of directors was provided with summaries of the due diligence process and key due diligence findings of Peridot's officers and advisors. The due diligence process included the following:

- a comprehensive review of the materials provided in the online data room;
- requests for follow-up data and information from Li-Cycle, including Li-Cycle management responses to due diligence questions;
- meetings and calls with Li-Cycle's management team regarding Li-Cycle's business operations, projections and technical diligence matters, as well as tax and certain legal matters;
- review of publicly available key data;
- more than 50 calls or meetings with financial, legal, accounting, tax, environmental, engineering, and technical advisors;
- due diligence calls and discussions with Li-Cycle customers; and
- a summary by Peridot management to Peridot's board of directors with respect to their key findings with respect to business, commercial, operational and financial due diligence, which report also included a high-level summary of the tax and legal due diligence findings by Peridot's various tax and legal advisors engaged in connection with the transaction.

**Table of Contents**

On January 8, 2021, representatives of Peridot, including Mr. Gilbert and Mr. Powell, and representatives of Li-Cycle, including Mr. Kochhar, and advisors of each of Peridot and Li-Cycle (including Freshfields Bruckhaus Deringer US LLP ("Freshfields"), as U.S. counsel to Li-Cycle, McCarthy Tetrault LLP ("McCarthy"), as Canadian counsel to Li-Cycle, Citi, Barclays Capital Inc. ("Barclays"), UBS Securities LLC ("UBS," and together with Barclays and Citi, the "Placement Agents") as the private placement agents to Peridot)) conducted a meeting telephonically on which the parties and their representatives and advisors discussed the timeline and steps to signing a definitive written agreement providing for a potential business combination, and discussed and tentatively agreed to a work plan contemplating the signing of a definitive written agreement providing for the potential business combination on or around February 22, 2020. Between the date of the initial telephonic meeting on January 8, 2021 and February 15, 2021, representatives of Peridot, including Mr. Levande, Mr. Specks, Mr. Gilbert and Mr. Powell, and representatives of Li-Cycle, including Mr. Kochhar, and advisors of each of Peridot and Li-Cycle (including advisors not included on the January 8, 2021 call) participated in various conferences calls to further refine the transaction timeline and steps and related work plan and a smaller subset of representatives and advisors of Peridot and Li-Cycle conducted weekly conference calls to discuss progress on, and provide updates with respect to, key work streams and other aspects of the potential business combination.

On January 13, 2021, Peridot held a regularly scheduled board of directors meeting where, among other things, Peridot's board of directors discussed the Li-Cycle investor presentation, due diligence progress and expected timing of the transaction.

Between January 14, 2021 and February 15, 2021, representatives of Peridot, representatives of Li-Cycle and advisors of each of Peridot and Li-Cycle exchanged numerous revised drafts of, and held various calls and meetings to discuss, the investor management presentation to be provided to potential investors in the PIPE Financing, including the projections to be included therein, research analyst coverage and outstanding information requests related thereto.

On January 23, 2021, K&E and Stikeman Elliot LLP ("Stikeman"), Canadian counsel to Peridot, provided the initial draft of the Business Combination Agreement to McCarthy and Freshfields. Between January 23, 2021 and February 15, 2021, K&E and Stikeman, on the one hand, and McCarthy and Freshfields, on the other hand, exchanged numerous revised drafts of the Business Combination Agreement and the related ancillary documents, the details of which as finally negotiated are more fully described below, and had telephone conversations and negotiations concerning these documents and agreements, which included, in certain instances, representatives of Peridot and Li-Cycle.

On January 25, 2021, a telephonic meeting of Peridot's board of directors was held with Peridot's management, representatives of K&E, Stikeman, and Peridot's counsel with respect to matters of Cayman Islands law, and Peridot's management in attendance. At the meeting, Peridot's board of directors was provided with an overview of the process and negotiations with Li-Cycle, including the high level commercial and other due diligence findings to date. Representatives from counsel to Peridot with respect to matters of Cayman Islands law provided an overview of Peridot's board of directors' fiduciary duties and representatives from K&E and Stikeman answered questions regarding the documentation process and what the approximate timeline to signing and closing would be.

On January 30, 2021, a Zoom meeting of Peridot's board of directors was held with representatives of Carnelian, representatives of Li-Cycle, including Mr. Kochhar and Mr. Johnston and certain members of Peridot's management, including Mr. Specks and Mr. Gilbert, in attendance. At the meeting, Peridot's board of directors was provided with a copy of the investor management presentation to be provided to potential investors in the PIPE Financing and Mr. Kochhar and Mr. Johnston answered questions from Peridot's board of directors regarding such presentation. In addition, the parties and their representatives discussed Li-Cycle's history and future plans, technology and intellectual property, equipment and commercial relationships.

On January 31, 2021, McCarthy and Freshfields provided K&E and Stikeman with a revised draft of the Business Combination Agreement that, in addition to proposed revisions to the overall suite of representations, warranties

96

Table of Contents

and covenants to be provided by each party under the Business Combination Agreement, proposed the following material revisions: (a) inserted (1) a right for Li-Cycle to disclose the receipt of a Company Acquisition Proposal and change its recommendation to its shareholders if required by law, (2) a requirement that Peridot call its shareholder meeting and put the Transactions to a vote even if Peridot's board of directors had changed its recommendation to its shareholders and (3) a right for Li-Cycle to terminate the Business Combination Agreement if Peridot's board of directors changed its recommendation; (b) revised the threshold for alternative proposals made to Li-Cycle that would require notice be provided to Peridot for equity investments or acquisitions that result in acquisition of 35% of the voting power of Li-Cycle Shares; (c) proposed to make the interim operating covenants mutual such that Peridot would be required to seek Li-Cycle's consent prior to taking certain actions before closing; and (d) inserted a requirement that Peridot use reasonable best efforts to procure additional investors to fund the PIPE Financing if the PIPE Financing was expected to fall below an undefined amount prior to Closing.

On February 3, 2021, K&E and Stikeman provided Freshfields and McCarthy with a revised draft of the Business Combination Agreement that, in addition to proposed revisions to the overall suite of representations, warranties and covenants to be provided by each party under the Business Combination Agreement, proposed the following material revisions: (a) deleted the requirement that any Peridot shareholders enter into non-redemption agreements; (b) removed the right for Li-Cycle to disclose the receipt of a Company Acquisition Proposal or change its recommendation if required by law; (c) removed the requirement that Peridot convene a shareholder meeting to vote on the Transactions even if Peridot's board of directors had changed its recommendation; and (d) proposed to delete the requirement that Peridot use its reasonable best efforts to procure replacement investors in the PIPE Financing and lowered such standard to "commercially reasonable efforts."

On February 6, 2021, McCarthy and Freshfields provided K&E and Stikeman with a revised draft of the Business Combination Agreement that, in addition to proposed revisions to the overall suite of representations, warranties and covenants to be provided by each party under the Business Combination Agreement, proposed the following material revisions: (a) re-inserted a right for Li-Cycle to disclose the receipt of a Company Acquisition Proposal and change its recommendation to its shareholders if required by law; (b) deleted language that allowed Peridot to terminate the Business Combination Agreement if Peridot's board of directors changed its recommendation; and (c) re-inserted a requirement that Peridot call its shareholder meeting and put the Transactions to a vote even if Peridot had changed its recommendation.

Between February 7, 2021 and February 15, 2021, K&E and Stikeman, on the one hand, and Freshfields and McCarthy, on the other hand, held numerous conference calls to discuss and negotiate the outstanding issues and other matters in the Business Combination Agreement, which included a conference call on February 7, 2021 between K&E and Stikeman, on the one hand, and Freshfields and McCarthy, on the other hand. During this same time period, K&E and Stikeman, on the one hand, and Freshfields and McCarthy, on the other hand, exchanged revised drafts of the Business Combination Agreement and the parties came to agreement on the outstanding issues and other matters in the Business Combination Agreement.

Beginning February 1, 2021, representatives of the Placement Agents held conversations with potential investors with respect to the PIPE Financing. Peridot and Li-Cycle came to agreement on the proposed size and terms of the PIPE Financing and K&E and Freshfields exchanged drafts of the form of Subscription Agreement to be used in the PIPE Financing. On January 28, 2021 a draft of the form of Subscription Agreement was distributed to potential Other PIPE Investors with respect to the PIPE Financing. Between January 28, 2021 and February 15, 2021, K&E and Freshfields collectively negotiated the terms and exchanged drafts of the Subscription Agreements with the potential Other PIPE Investors and their respective representatives and advisors, including with respect to the funding mechanics, representations and warranties, registration rights and indemnification provisions set forth therein, and responded to follow-up questions and comments related thereto, particularly with respect to the closing process and the expected timeline for consummating the Business Combination. During this time, the potential Other PIPE Investors conveyed to the Placement Agents their initial proposed subscription amounts. On February 12, 2021, a final version of the Subscription Agreement was distributed to the potential Other PIPE Investors, which reflected the outcome of negotiations between Peridot, Li-Cycle and the potential

Table of Contents

Other PIPE Investors and their respective representatives and advisors. On February 12, 2021, the potential Other PIPE Investors that had chosen to participate in the PIPE Financing indicated their final subscription amounts and delivered executed Subscription Agreements to K&E.

Between January 29, 2021 and February 15, 2021, K&E, Stikeman, Freshfields and McCarthy drafted and negotiated the disclosure schedules to the Business Combination Agreement and drafted and negotiated certain other ancillary documents, including the Sponsor Letter Agreement, Investor and Registration Rights Agreement and the Transaction Support Agreements. On February 15, 2021, final versions of such ancillary documents were distributed to the Peridot, Sponsor, Li-Cycle and the other parties thereto which reflected the outcome of the negotiations between the parties and their respective representatives and advisors and the parties to such ancillary documents to be delivered at signing delivered executed versions.

On February 15, 2021, a telephonic meeting of Peridot's board of directors was held with representatives of K&E, Stikeman and counsel to Peridot with respect to matters of Cayman Islands law, and Peridot's management in attendance. Prior to the meeting, Peridot's board of directors was provided with a copy of the Business Combination Agreement and the related ancillary documents and, at the meeting Peridot's board of directors was provided with an overview of the proposed Business Combination (including the potential benefits and the risks related thereto), the key terms of the related ancillary documents and the due diligence process and findings with respect to Li-Cycle. Following a discussion among those present, Peridot's board of directors then unanimously adopted and approved, among others, resolutions (a) determining that it is in the best interests of Peridot and its shareholders to adopt and approve the execution and delivery of the Business Combination Agreement and the ancillary documents thereto and the transactions contemplated by each of the Business Combination Agreement and the ancillary documents thereto (including the Continuance, the Amalgamation and the PIPE Financing); (b) adopting and approving the Business Combination Agreement and ancillary documents thereto and approving Peridot's execution, delivery and performance of the same and the consummation of the transactions contemplated by the Business Combination Agreement and the ancillary documents thereto, including the Continuance, the Amalgamation and the PIPE Financing (part of which would be issued to an affiliate of Sponsor); (c) recommending that the Peridot shareholders vote in favor of the Business Combination Proposal, the Continuance Proposal, the Amalgamation Proposal, the Governing Documents Proposals, the Share Issuance Proposal, the Incentive Plan Proposal, the ESPP Proposal and the Adjournment Proposal; and (d) adopting and approving, conditioned upon the Closing and the receipt of the required Peridot shareholders vote in favor of the Incentive Plan Proposal and the ESPP Proposal, as applicable, the Incentive Plan and the employee share purchase plan and that the applicable number of shares of New Li-Cycle Common Stock as set forth in the Business Combination Agreement be reserved for issuance under each of the Incentive Plan and the employee share purchase plan. Peridot's board of directors did not obtain a third-party valuation or fairness opinion in connection with its resolution to approve the Business Combination but determined that Peridot's directors and officers and the other representatives of Peridot had substantial experience in evaluating the operating and financial merits of companies similar to Li-Cycle and reviewed certain financial information of Li-Cycle, and concluded that the experience and background of Peridot's directors and officers members, the members of Peridot's board of directors and the other representatives of Peridot enabled Peridot's board of directors to make the necessary analyses and determinations regarding the Business Combination.

On February 15, 2021, the parties entered into the Business Combination Agreement and the related ancillary documents and the PIPE investors executed and delivered the Subscription Agreements, which provided for binding subscriptions to purchase an aggregate of 31.5 million Amalco Shares at $10.00 per share.

On February 16, 2021, Peridot and Li-Cycle issued a joint press release announcing the execution and delivery of the Business Combination Agreement, and Peridot filed a Current Report on Form 8-K, which filed as an exhibit (a) the Business Combination Agreement, (b) an investor presentation providing information on Li-Cycle and a summary of certain key terms of the Business Combination, (c) the Sponsor Letter Agreement, (d) the form of Subscription Agreement, (e) the form of Transaction Support Agreement and (f) the joint press release, dated February 16, 2021.

Table of Contents

**Customer Services**

Li-Cycle provides sustainable and customer-centric solutions for each of its customer's battery recycling needs. It provides the support necessary along each step of the process to ensure that its customers' battery recycling experience is handled in a manner that is safe, professional, and economically viable.

*Logistics Management*

Li-Cycle works closely with a reliable network of logistics partners to support customers in transporting their batteries to Li-Cycle's facilities. This includes:

- seamless and efficient coordination of shipments;
- logistics partners to support transporting batteries from around the world;
- a knowledgeable team to assist the customer in understanding packaging and documentation requirements;
- managing storage and logistics with respect to specialized containers and shipment of large format, high voltage batteries used for EVs and energy storage; and
- compliance with applicable regional, state, provincial and country regulations.

*Secure Destruction*

Li-Cycle offers its customers a home for the secure destruction of materials containing IP-sensitive design information, such as research and development batteries and battery materials. Li-Cycle has adopted procedures to protect the privacy and confidentiality of its customers' trade secrets.

*Add-On Services*

In addition to providing advice on packaging and support with procurement, Li-Cycle provides spare battery storage, manages comprehensive battery replacement campaigns and customizes programs and services to individual customers' needs.

**Supply Agreements**

*Ultium*

On May 11, 2021, Li-Cycle announced its entry into an agreement with Ultium Cells LLC ( "Ultium"), a joint venture between General Motors and LG Energy Solution, pursuant to which Li-Cycle will purchase and recycle up to 100% of the scrap generated by battery cell manufacturing at Ultium's Lordstown, Ohio site.

**Customer Agreements**

*Glencore*

Li-Cycle has a current off-take agreement with Glencore, an Anglo-Swiss multinational commodity trading and mining company, pertaining to the sale of black mass produced at Li-Cycle's Spokes. Li-Cycle is paid in accordance with commodities pricing at the time of sale, subject to discounts due to additional refinements required for Glencore to be able to isolate cobalt metal and nickel metal end-products from the black mass it purchases. Product sales to Glencore represented a significant majority of Li-Cycle's revenues in 2020. Li-Cycle expects to continue to sell black mass from its Spokes to third parties, pending completion of its first commercial Hub in Rochester, New York.

Table of Contents

*Traxys*

Li-Cycle has entered into a strategic global marketing relationship with Traxys, a company that provides financial and logistics solutions to the metals, mining and energy industries. Li-Cycle has entered into two Marketing, Logistics and Working Capital Agreements with Traxys, covering (i) 100% of its production of black mass, until such time as this material is integrated by Li-Cycle into the supply chain for Li-Cycle's Hubs, and (ii) 100% of its production of certain end products from Li-Cycle's Hubs, being lithium carbonate, cobalt sulphate nickel sulphate, manganese carbonate and graphite concentrate. The black mass agreement remains subject to the completion of certain outstanding fixed-volume sales commitments to a third-party purchaser, to be completed by Li-Cycle in 2021, and the Hub products agreement is limited to production which is controlled by Li-Cycle (namely, production from the Rochester Hub and production that is not committed to any third-party JV partners at other Hubs). The Hub products agreement extends for a term expiring seven years after the achievement of certain commercial production milestones at the Rochester Hub, and is therefore expected to extend to 2030. Traxys may earn marketing fees under these agreements, based on the final sales price of products sold by Traxys to its third-party customers, as well as interest on provisional payments made from Traxys to Li-Cycle. Prices are based on index pricing for the critical materials, adjusted for the product form (e.g. adjusted to reflect the pricing for the premium battery grade nickel sulphate form, relative to the relevant index pricing which is for nickel metal). Commercial terms between Traxys and its third-party customers are arranged in advance, transparent to Li-Cycle and based on the commodity prices for the metals contained in the Li-Cycle products.

Sales of Li-Cycle products through Traxys are expected to represent the significant majority of Li-Cycle's revenues. When the Rochester Hub commences commercial production, Li-Cycle expects to generate approximately $300 million per year of revenue from the sale of Hub products to Traxys (based on existing assumptions regarding feedstock volumes and composition and commodity price estimates). Estimates of future revenues are based on commodity price assumptions for the metals contained in the applicable end products, and actual revenues will vary.

*Others*

Li-Cycle has entered into agreements with third party purchasers for other intermediate products produced at the Spokes, including mixed copper/aluminum and plastics. Li-Cycle sells mixed/copper aluminum products to Glencore, an Anglo-Swiss multinational commodity trading and mining company. It sold black mass to Glencore in past periods, and has an outstanding commitment to sell a fixed volume of black mass to Glencore pursuant to an agreement ending December 31, 2021. Product sales to Glencore represented approximately seventy percent (70%) of Li-Cycle's revenues in fiscal 2020 and are expected to represent a significant portion of Li-Cycle's revenues in fiscal 2021. Under the terms of Li-Cycle's agreements with Glencore, Li-Cycle receives an agreed percentage of the contained metal content, at referenced commodity prices for the applicable metals, less applicable treatment and refining charges.

**Industry and Market Overview**

As production and use of lithium-ion batteries has increased in recent years, manufacturers, consumers, regulators and investors have increasingly cited the importance of creating sustainable recycling technologies to maximize recovery and minimize waste from end-of-life batteries and battery scrap in an environmentally friendly way.

***Lithium-ion Battery Recycling Market in North America***

According to Li-Cycle's total addressable market forecast, based on a range of inputs from independent sources such as Benchmark Mineral Intelligence, the lithium-ion battery recycling market in North America is expected to grow from $257 million in 2020 to $1,183 million by 2027. Presently, most recycling facilities use pyrometallurgy-based technologies involving heat-based operations. Many of these facilities are capital intensive due to the need to treat the emission of toxic fluorine compounds released while smelting. Hydrometallurgical processing techniques, on the other hand, employ a less energy-consuming and more environmentally friendly alternative at a lower cost.

Table of Contents

None of Li-Cycle's employees are represented by a labor union and there have been no work stoppages to date. Li-Cycle generally considers relations with its employees to be good.

**Legal Proceedings**

Li-Cycle is not currently, nor ever has been, party to any legal proceedings, but it could be involved in various litigation and regulatory proceedings arising in the normal course of business in the future. Where it is determined, in consultation with counsel based on litigation and settlement risks, that a loss is both probable and estimable, Li-Cycle establishes an accrual. Li-Cycle expects that it may not be able to predict with certainty outcome of any litigation or the potential for future litigation. Li-Cycle expects to continuously monitor any proceedings as they develop and adjust any accrual or disclosure as needed. Regardless of the outcome, litigation could have an adverse impact on Li-Cycle due of defense costs, diversion of management resources and other factors, and it could have a material effect on Li-Cycle's results of operations for a given reporting period.

**Li-Cycle's Vision, Mission and Commitment to Environmental, Social and Governance Leadership**

Li-Cycle's vision is to be the world's most sustainable, vertically-integrated and globally pre-eminent lithium-ion battery resource recovery company. The company's mission is: (i) to provide sustainable and safe customer-centric solutions and technology to solve the global end-of-life lithium-ion battery challenge, and (ii) to meet the rapidly growing demand for critical battery materials.

By supporting the lithium-ion battery materials supply chain with an innovative recycling solution, Li-Cycle is contributing to the global "green energy" transition and the movement toward a zero-carbon economy. Li-Cycle's recycling process is designed (a) at its Spokes, to process battery manufacturing scrap and end-of-life batteries to produce "black mass" and other intermediate products, and (b) at its Hubs, to process black mass to recover raw materials, including but not limited to lithium carbonate, cobalt sulphate and nickel sulphate. Li-Cycle's process enables an up to 95% Recycling Efficiency Rate. Li-Cycle expects that its future facilities will achieve similar Recycling Efficiency Rates.

Li-Cycle believes that environmental, social and governance ("ESG") leadership is important to the success of its business model and intends to develop corporate policies and business practices to support these values.

**Li-Cycle's Focus on Quality and Sustainability**

Li-Cycle has instituted an Integrated Business Policy to guide its actions on health and safety, environmental and quality practices.

Li-Cycle's Kingston and Mississauga sites are certified by ISO ("International Standards Organization") 9001 quality standard, ISO 14001 environmental standard, ISO 45001 employee health & safety standard and the Responsible Recycling ("R2") electronics recycling.

Li-Cycle prioritizes the safety of its employees, suppliers, contractors and visitors. Li-Cycle aims for a "zero-harm" workplace and ensures compliance with all applicable occupation health and safety laws, regulations and standards in the jurisdictions in which it operates. Li-Cycle provides training to its employees on quality, health and safety and environmental and R2 requirements. Li-Cycle also ensures that its equipment is equipped with safety instructions, allots the time to practice emergency procedures and expects its managers and employees to maintain clean and well-organized facilities.

Table of Contents

For sales of products, revenue is recognized when control of the goods has transferred, meaning when the goods have been shipped to the customer's location (delivery). A receivable is recognized by Li-Cycle when the goods are delivered to the customer as this represents the point in time at which the right to consideration becomes unconditional, as passage of time is the only condition to payment becoming due. The revenue recognized is based on commodity prices at the time of delivery. Under Li-Cycle's standard contract terms, customers do not have a right of return. Li-Cycle estimates all amounts of consideration to which it expects to be entitled and updates those estimates at the end each reporting period based on market prices. The final settlement amount for the sale of products is typically determined several months after delivery and customer processing of the products, and may result in an adjustment to the previously recognized revenue based on commodity prices on the final settlement date.

Service revenue is recognized upon completion of each service. Prices for services are separately identifiable within each contract. A receivable is recognized by Li-Cycle when the services are completed as this represents the point in time at which the right to consideration becomes unconditional, as passage of time is the only condition to payment becoming due.

*Expenses*

Primary expense categories for Li-Cycle include employee salaries and benefits, consulting and professional fees, R&D and depreciation. As Li-Cycle continues to grow and expand internationally, Li-Cycle expects to incur additional expenses in connection with acquisitions, joint ventures and/or other commercial or contractual arrangements. Additional personnel expenses are also anticipated. The amount of consulting and professional fees Li-Cycle incurs and expects to incur is commensurate with the engineering requirements associated with the Rochester Hub project and Arizona Spoke project, as well as requisite expenses for legal and audit as Li-Cycle funds its operations and scales its internal systems and processes. R&D expenses reflect ongoing efforts by Li-Cycle to develop and expand its technology, and such costs are offset by any government funding for government funded projects.

*Finance Costs/Interest Expense*

Financing costs are typically applied against the gross proceeds of any capital raised, and in the case of debt, amortized over the term of such debt. Interest expense represents the actual cash interest costs incurred plus any accrued interest payable at a future date.

**Results of Operations**

*Comparison of the three months ended January 31, 2021 and 2020.*

| | Three months ended January 31, | | $ Change | % Change |
|---|---|---|---|---|
| | 2021 | 2020 | | |
| | (dollar amounts in thousands, except share and per share data) | | | |
| Revenues | $1,017 | $ 59 | $ 958 | 1,625% |
| Product sales | 913 | 25 | 888 | 3,539% |
| Recycling Services | 104 | 34 | 70 | 208% |
| | | | | |
| Operating expenses | 7,258 | 1,418 | 5,840 | 412% |
| Professional fees | 2,399 | 290 | 2,109 | 726% |
| Raw materials and supplies | 1,288 | 33 | 1,255 | 3,817% |
| Employee salaries and benefits, net | 1,165 | 223 | 942 | 422% |
| Share-based compensation | 746 | 124 | 622 | 502% |
| Research and development, net | 527 | 316 | 211 | 67% |
| Office and administrative | 292 | 51 | 241 | 468% |
| Freight and shipping | 291 | 20 | 271 | 1,325% |
| Depreciation, net | 274 | 180 | 94 | 52% |
| Marketing | 142 | 62 | 80 | 128% |

210

**Table of Contents**

**REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

To the shareholders and the Board of Directors of Li-Cycle Corp.

**Opinion on the Financial Statements**

We have audited the accompanying consolidated statements of financial position of Li-Cycle Corp. and subsidiaries (the "Company") as of October 31, 2020 and 2019, the related consolidated statements of loss and comprehensive loss, changes in equity, and cash flows, for each of the three years in the period ended October 31, 2020, and the related notes (collectively referred to as the "financial statements"). In our opinion, the financial statements present fairly, in all material respects, the financial position of the Company as of October 31, 2020 and 2019, and its financial performance and its cash flows for each of the three years in the period ended October 31, 2020, in conformity with International Financial Reporting Standards as issued by the International Accounting Standards Board.

**Change in Accounting Principles**

As discussed in Note 3 to the financial statements, effective November 1, 2019, the Company adopted IFRS 16 – Leases using the cumulative catch-up approach.

**Basis for Opinion**

These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on the Company's financial statements based on our audits. We are a public accounting firm registered with the Public Company Accounting Oversight Board (United States) (PCAOB) and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audits in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement, whether due to error or fraud. The Company is not required to have, nor were we engaged to perform, an audit of its internal control over financial reporting. As part of our audits, we are required to obtain an understanding of internal control over financial reporting but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control over financial reporting. Accordingly, we express no such opinion.

Our audits included performing procedures to assess the risks of material misstatement of the financial statements, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the financial statements. We believe that our audits provide a reasonable basis for our opinion.

/s/ Deloitte LLP

Chartered Professional Accountants
Licensed Public Accountants
Toronto, Canada
June 7, 2021

We have served as the Company's auditor since 2019.

F-45

**Table of Contents**

**Li-Cycle Corp.**
**Notes to the consolidated financial statements**
October 31, 2020, 2019 and 2018
(Expressed in U.S. dollars)

Step 2: Identify the performance obligations in the contract

Step 3: Determine the transaction price

Step 4: Allocate the transaction price to the performance obligations in the contract

Step 5: Recognize revenue when (or as) the entity satisfies a performance obligation

The Company recognizes revenue from the following major sources:
- Services of recycling lithium-ion batteries which includes coordination of logistics and destruction of batteries
- Sales of products which includes black mass, shredded metal and plastic

Revenue is measured based on the consideration to which the Company expects to be entitled to in a contract with a customer. The Company recognizes revenue when it transfers control of a product or service to a customer. There are no significant financing components associated with the Company's payment terms.

Service revenue is recognized at a point in time upon completion of the services. Prices for services are separately identifiable within each contract. A receivable is recognized by the Company when the services are completed as this represents the point in time at which the right to consideration becomes unconditional, as only the passage of time is required before payment is due.

For sale of products, revenue is recognized when control of the goods has transferred, being when the goods have been shipped to the customer's location (delivery). A receivable is recognised by the Company when the goods are delivered to the customer as this represents the point in time at which the right to consideration becomes unconditional, as only the passage of time is required before payment is due. Under the Company's standard contract terms, customers do not have a right of return. The Company estimates the amount of consideration to which it expects to be entitled to under provisional pricing arrangements. The amount of consideration for products is based on market prices at the date of settlement, weight and assay, subject to customer confirmation. Revenue and the related accounts receivables are measured at fair value at initial recognition and are re-estimated by reference to current market prices at each reporting period end and changes in fair value are recognized as an adjustment to profit and loss and the related accounts receivable.

(r)     *Share capital*

The Company records proceeds from the issuance of its common shares as equity. Incremental costs directly attributable to the issue of new common shares are shown in equity as a deduction, net of tax, from the proceeds.

(s)     *Financing costs*

Professional, consulting, regulatory and other costs directly attributable to financing transactions are recorded as deferred financing costs until the financing transactions are completed, if the completion of the transaction is considered likely; otherwise they are expensed as incurred. Share issue costs are charged to share capital when the related shares are issued. Deferred financing costs related to financing transactions that are not completed are charged to earnings.

Table of Contents

**Li-Cycle Corp.**
**Notes to the consolidated financial statements**
October 31, 2020, 2019 and 2018
(Expressed in U.S. dollars)

  *(t)*  *Share-based compensation*

    The Company accounts for stock options using the fair value-based method of accounting for share-based compensation. Fair values are determined using the Black-Scholes-Merton option pricing model ("BSM"). Management exercises judgment in determining the underlying share price volatility, expected life of the option, expected forfeitures and other parameters of the calculations. Compensation costs are recognized over the vesting period as an increase to share-based compensation expense and contributed surplus. If, and when, stock options are ultimately exercised, the applicable amounts of contributed surplus are transferred to share capital.

    The Company accounts for outstanding RSUs by recognizing a liability for the goods or services acquired, measured initially at the fair value of the liability. At each reporting date until the liability is settled, and at the date of settlement, the fair value of the liability is remeasured, with any changes in fair value recognised in profit or loss for the year.

  *(u)*  *Significant accounting estimates and judgments*

    The preparation of the financial statements in conformity with IFRS requires management to make judgements, estimates and assumptions that are based on historical experience and various other factors that are believed to be reasonable under the circumstances, the results of which affect the application of accounting policies and the reported amounts of assets, liabilities and expenses. Actual results may differ from these estimates.

    Estimates and underlying assumptions are reviewed on an ongoing basis. Revisions to accounting estimates are recognized in the period in which the estimate is revised and in any future periods affected. Significant estimates include:

    (a)  the determination and valuation of deferred income tax assets and liabilities;
    (b)  the determination of the useful life and impairment of the plant and equipment;
    (c)  the valuation and measurement of the convertible debt and the related conversion feature;
    (d)  the valuation and recognition of ITCs; and
    (e)  the valuation of share-based compensation.

    Critical judgements in applying accounting policies that have the most significant effect on the amounts recognized in the financial statements include the following:

    (a)  the determination of the functional currency of the Company and its subsidiaries;
    (b)  the determination of the revenue recognition policy with regards to transaction price;
    (c)  the evaluation of the Company's ability to continue as a going concern; and
    (d)  the valuation of inventory with regards to incremental cost to completion for raw materials and determination of net realizable value.

  *(v)*  *Leases*

    The Company assesses whether a contract is or contains a lease, at inception of the contract. The Company recognises a right-of-use asset and a corresponding lease liability with respect to all lease

Table of Contents

**REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

To the shareholder and the Board of Directors of Li-Cycle Holdings Corp.

**Opinion on the Financial Statements**

We have audited the accompanying statement of financial position of Li-Cycle Holdings Corp. (the "Company") as of February 12, 2021, and the related notes (collectively referred to as the "financial statements"). In our opinion, the financial statements present fairly, in all material respects, the financial position of the Company as of February 12, 2021 in conformity with International Financial Reporting Standards as issued by the International Accounting Standards Board.

**Basis for Opinion**

These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on the Company's financial statements based on our audit. We are a public accounting firm registered with the Public Company Accounting Oversight Board (United States) (PCAOB) and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audit in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement, whether due to error or fraud. The Company is not required to have, nor were we engaged to perform, an audit of its internal control over financial reporting. As part of our audit, we are required to obtain an understanding of internal control over financial reporting but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control over financial reporting. Accordingly, we express no such opinion.

Our audit included performing procedures to assess the risks of material misstatement of the financial statements, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements. Our audit also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the financial statements. We believe that our audit provides a reasonable basis for our opinion.

/s/ Deloitte LLP

Chartered Professional Accountants
Licensed Public Accountants
Toronto, Canada
March 29, 2021

We have served as the Company's auditor since 2021.

F-99