# EXHIBIT C



*THIS RESEARCH REPORT EXPRESSES SOLELY OUR OPINIONS. We are short sellers. We are biased. So are long investors. So is Li-cycle. So are the banks that raised money for the Company. If you are invested (either long or short) in Li-cycle, so are you. Just because we are biased does not mean that we are wrong. Use BOC Texas, LLC's research opinions at your own risk. This report and its contents are not intended to be and do not constitute or contain any financial product advice. Investors should seek their own financial, legal and tax advice in respect of any decision regarding any securities discussed herein. You should do your own research and due diligence before making any investment decisions, including with respect to the securities discussed herein. We have a short interest in Li-cycle's stock and therefore stand to realize significant gains in the event that the price of such instrument declines. Please refer to our full disclaimer located on the last page of this report*

**COMPANY:** Li-Cycle Holdings Corp. | NYSE: LICY
**INDUSTRY:** Battery Recycling SPAC

**PRICE (AS OF CLOSE 3/23/2022)**

**USD 8.40**

**MARKET CAP**

**USD 1.42 BN**

We are short Li-Cycle Holdings Corp. ("Li-Cycle" or the "Company"), a battery recycling SPAC trading at 96.8x LTM revenues on the promise of a low cost, low capital expenditure recycling model. But such promise is a fiction. In our opinion, Li-Cycle is a near fatal combination of stock promotion, laughable governance, a broken business hemorrhaging cash, and highly questionable Enron-like accounting.

In our opinion, Li-Cycle recognizes revenues using an Enron-like mark-to-model accounting gimmick. Li-Cycle recognizes revenues months prior to the actual sales of its recycled black mass, based on its own provisional estimate of the future value of the product. This accounting treatment is plainly vulnerable to abuse, giving Li-Cycle discretion over its reported revenues. We suspect that under this framework, Li-Cycle marks up the value of its receivables on unsold products and runs the gains through its revenue line. In the most recent quarter, we calculate that **45% of Li-Cycle's revenues** were derived from simply marking up receivables on products that had not been sold. We suspect that such questionable accounting could explain why Li-Cycle's **CFO and auditor resigned** in January 2022, mere months after the Company went public.

Even by SPAC standards, Li-Cycle is a governance nightmare. Its founder is a serial penny stock promoter recently sanctioned by Canadian authorities and its management team diverted half a million in shareholder money to enrich their entourage with wasteful spending, including **tens of thousands of dollars on leather goods purchased from the CEO's family**. Li-Cycle's cash burn is so severe and far above previous guidance that analysts have already downgraded the stock and told the market to expect Li-Cycle to raise at least $1 billion through debt and dilutive equity issuances. By our calculation, Li-Cycle's stated capital investments will require the Company to raise at least $1 billion – **102% of its current enterprise value** – in large part by massively diluting current shareholders. We think Li-Cycle, which currently trades at 96.8x LTM revenues, will be another trash SPAC to fall into ignominy and failure.

1. **Chairman a Serial Penny Stock Promoter Recently Sanctioned by Canadian Regulators**. Li-Cycle's co-founder and chairman, Tim Johnston, is a serial penny stock promotor who was recently banned by the TSX Venture exchange from acting as a director or officer of any TSXV-listed company without prior approval due to misconduct as president and CEO of Desert Lion Energy (DLI.CN). Johnston was sanctioned for failing to disclose key terms of a discounted financing he arranged for the junior miner. The British Columbia Securities Commission recently upheld the punishment. Undeterred, Johnston listed another lithium hype story on a junior Canadian exchange, which is down 62% from its highs and already admitted to overstating its cash balance.

2. **Half a Million in Investor Money Diverted to Family Entourage.** Despite a business that is hemorrhaging cash, and which will require multiple near-term cash infusions, Li-Cycle diverted $529,902 in investor capital to the family entourage of its founders through a series of highly questionable related party payments. These payments include, $85,824 to a leather goods maker owned by the CEO's family which makes wallets, toiletry bags and beer holsters. Li-Cycle also paid C$4,500 per month to lease part of a C$312,000 office from the CEO's family, paid hundreds of thousands of dollars to a corporate video production company owned by the chairman's brother and paid over $170,000 to a family owned "technology service" with three employees in India.

3. **Li-Cycle's Revenues are based on Enron-esque Mark-to-Model Accounting**. Li-Cycle claims to sell 100% of its recycled black mass to an investor, Traxys, and recognizes revenues immediately upon delivery. But Traxys is **not really a customer**, it is merely a broker providing working capital financing to Li-Cycle while Traxys attempts to sell Li-Cycle's black mass to end buyers. Traxys is not the end customer, it bears no commodity price risk, and charges Li-Cycle interest on any cash to the Company prior to final sale to the end buyer. Yet Li-Cycle somehow recognizes revenue immediately upon delivery to its brokers, months before any sale occurs. Li-Cycle's revenues are based on its own *provisional estimate* of the value of its unsold recycled product.

In our opinion, Li-Cycle's accounting is reminiscent of Enron – as the Company's revenues are not derived from bona fide sales of recycled product to end customers, but rather Li-Cycle's estimates of the future value of such products. Li-Cycle in effect uses mark-to-model accounting, pulling sales forward from future periods and recognizing revenues based on its self-serving estimates of

recycled product shipped to its brokers.

Under this framework, Li-Cycle also bolsters reported revenues by marking up the value of receivables for black mass which sits at its brokers and has yet to be sold.  In the most recent quarter, we calculate that **45% of Li-Cycle's revenues** were derived from simply marking up receivables on products that had not been sold.  We question whether this highly aggressive accounting treatment caused **Li-Cycle's auditor and CFO to resign**, both of whom abruptly left the Company following the end of the last fiscal year.

4.  **Li-Cycle Requires $1 Billion in Near Term Capital**. Following the Company's de-SPAC, Li-Cycle's costs and anticipated capital expenditures have ballooned.  Morgan Stanley estimated in a recent note downgrading the stock that cost and capital expense overruns increased its estimate of Li-Cycle's free cash flow burn (2022-2026) from $643 million to ~$1.85 billion, a **3x increase**.  Analysts estimate that Li-Cycle burns cash so much more rapidly than it initially told investors, that the Company will need to raise $1 billion in additional capital through debt and dilutive equity issuances.

   We agree.  By our calculation, Li-Cycle's proposed capital investments will require the Company to raise at least $1 billion – **102% of its current enterprise value** – in part by diluting existing shareholders.  This is fatal to the bull case for the stock: even if investors ignore Li-Cycle's nightmarish corporate governance, questionable accounting, and negative margins, they will likely be so badly diluted that even if they win, they lose.

5.  **Hiding Negative Gross Margins**. Notably for a self-styled 'urban miner,' Li-Cycle does not disclose gross margins on its income statement, instead reporting nebulous expense categories which on the surface, seem to imply an impressive 83% gross margin in the latest quarter.  We think this is highly misleading, as the footnotes to the financial statements reveal that Li-Cycle's aggregate inventory costs **exceeded its aggregate revenues since inception**.  This suggests that **Li-Cycle likely has negative gross margins**, indicating that its recycling business is neither scalable nor economically viable.  Rising commodity prices are unlikely to help, as the cost of Li-Cycle's inputs will simply rise along with commodity prices.

6.  **Blood Diamonds and ESG**. Li-Cycle's purported commitment to ESG is central to its narrative, a commitment which we believe is more of a marketing ploy than a guiding tenet.  Li-Cycle's advisor, major shareholder and company consultant owned a Tanzanian diamond mine which has been accused of appalling human rights abuses.  We question how ESG investors will feel about the ESG credentials of a company with close ties to a group accused of profiting from blood diamonds.

To grasp the absurdity of Li-Cycle's current share price, consider Li-Cycle's self-selected peers: battery recyclers Umicore (ENXTBR: UMI), based in Belgium, and GEM (CH: 002340), based in China.  Unlike Li-Cycle, both comps have generated profits for years.[1]  Umicore and GEM currently trade at 0.4x and 3.1x EV/LTM revenue, respectively.  Yet Li-Cycle, trades at 96.8x EV/LTM revenue.



**Li-Cycle trades at a substantial premium to self-selected peers**

*Source: Capital IQ (as of March 23, 2022)*

In our opinion, Li-Cycle is a fatal combination of SPAC trash, stock promotion, awful corporate governance, faulty accounting, and a broken business model which is not economically viable.

---

[1] Li-Cycle reported a profit of $28 million in Q1FY22.  However, this was solely attributable to a $51 million gain on financial instrument liabilities driven by their depressed share price.  The Company has not recorded positive net income in any other periods.

### 3.    Li-Cycle's Revenues are based on Enron-esque Mark-to-Model Accounting

In our opinion, Li-Cycle's accounting is reminiscent of Enron – as a significant portion of the Company's revenues are not derived from bona fide sales of recycled product to end customers, but rather Li-Cycle's provisional *estimates* of the value of such product delivered to its brokers.

Li-Cycle's largest customer, and the foundation for its future revenue projections, is Traxys North America LLC ("Traxys") – a large commodities trader that is also an **investor** in Li-Cycle.  The contract with Traxys accounts for not only the majority of Li-Cycle's revenues, but also a substantial portion of Li-Cycle's revenue projections to investors.  Yet analyzing the details of the contract, it becomes evident that Traxys is not really a customer, but merely a broker providing working capital financing to the Company while Traxys attempts to sell Li-Cycle's product to end customers.  Traxys is not the end customer, it bears no commodity price risk, and charges Li-Cycle interest on any cash advanced to the Company prior to final sale to the end buyer.  Yet Li-Cycle somehow recognizes revenue immediately upon delivery to its brokers, potentially months before any sale has occurred.

The Company's revenue is based on its provisional estimate of the value of the black mass delivered to its investor/broker, not the price ultimately paid for the product by the end customer.  Li-Cycle in effect uses mark-to-model accounting, pulling sales forward from future periods and recognizing revenues based on its own self-serving estimates.  But that is not all, as this mark-to-model accounting framework allows the Company to juice its revenues with non-cash gains on previously recognized revenues.

We calculate that **45% of Li-Cycle's reported revenues** in the last quarter were derived from simply marking up receivables on products that had not been sold.

| $ | FY20 | FY21 | Q1FY22 |
|---|---|---|---|
| Revenues | 792,254 | 7,374,876 | 3,837,970 |
| Gain on accounts receivable | 0 | 805,789 | 1,738,469 |
| Markup as a % revenues | 0% | 11% | 45% |

*Source: Li-Cycle Consolidated Financial Statements FY 2021, Q1 FY22*

Under Li-Cycle's bizarre mark-to-model accounting framework, it appears that Li-Cycle books these gains straight into their current period revenue, boosting its top line with unrealized gains on prior transactions.  We question whether this highly aggressive accounting caused **Li-Cycle's auditor and CFO to resign**, both of whom abruptly left the Company following the end of the last fiscal year.[3]

- **Li-Cycle's Largest Customer Not a Customer?**

Li-Cycle recycles lithium-ion batteries into black mass, which can later be broken down into component materials nickel, cobalt, and small amounts of lithium.

Li-Cycle has disclosed two offtake agreements with Traxys: one for its current production of black mass from its spoke facilities and another for its intended production of various metals from its hub, now under construction using the proceeds of the SPAC.  Currently, Li-Cycle only produces black mass and mixed copper and aluminum.  The Company claims that 100% of its black mass as well as its future end products from its Rochester, New Jersey hub are to be sold to Traxys.[4]

---

[3] To be clear, we are not alleging any wrongdoing on the part of Traxys, who is merely the counterparty to the contract.

[4] Mixed copper/aluminum product is one of intermediate products produced at the Spokes.  Li-Cycle sells mixed copper/aluminum products to Glencore, an Anglo-Swiss multinational commodity trading and mining company.  Li-Cycle sold black mass to Glencore until 2021, when existing commitments were satisfied.

**DISCLAIMER**

*We are short sellers. We are biased. So are long investors. So is Li-cycle. So are the banks that raised money for the Company. If you are invested (either long or short) in Li-cycle, so are you. Just because we are biased does not mean that we are wrong. We, like everyone else, are entitled to our opinions and to the right to express such opinions in a public forum. We believe that the publication of our opinions about the public companies we research is in the public interest.*

*You are reading a short-biased opinion piece. Obviously, we will make money if the price of Li-Cycle stock declines. This report and all statements contained herein are solely the opinion of BOC Texas, LLC, a Texas limited liability company, and are not statements of fact. Our opinions are held in good faith, and we have based them upon publicly available evidence, which we set out in our research report to support our opinions. We conducted research and analysis based on public information in a manner that any person could have done if they had been interested in doing so. You can publicly access any piece of evidence cited in this report or that we relied on to write this report. Think critically about our report and do your own homework before making any investment decisions. We are prepared to support everything we say, if necessary, in a court of law.*

*As of the publication date of this report, BOC Texas, LLC (a Texas limited liability company) (along with or through our members, partners, affiliates) have a direct or indirect short position in the stock (and/or possibly other options or instruments) of the company covered herein, and therefore stands to realize significant gains if the price of such instrument declines. Use BOC Texas, LLC's research at your own risk. You should do your own research and due diligence before making any investment decision with respect to the securities covered herein. The opinions expressed in this report are not investment advice nor should they be construed as investment advice or any recommendation of any kind.*

*This report and its contents are not intended to be and do not constitute or contain any financial product advice as defined in the Australian Corporations Act 2001 (Cth). Because this document has been prepared without consideration of any specific clients investment objectives, financial situation or needs, no information in this report should be construed as recommending or suggesting an investment strategy. Investors should seek their own financial, legal and tax advice in respect of any decision regarding any securities discussed herein. At this time, because of ambiguity in Australian law, this report is not available to Australian residents. Australian residents are encouraged to contact their lawmakers to clarify the ambiguity under Australian financial licensing requirements.*

*Following publication of this report, we intend to continue transacting in the securities covered therein, and we may be long, short, or neutral at any time hereafter regardless of our initial opinion. This is not an offer to sell or a solicitation of an offer to buy any security, nor shall any security be offered or sold to any person, in any jurisdiction in which such offer would be unlawful under the securities laws of such jurisdiction. To the best of our ability and belief, all information contained herein is accurate and reliable, and has been obtained from public sources we believe to be accurate and reliable, and who are not insiders or connected persons of the stock covered herein or who may otherwise owe any fiduciary duty or duty of confidentiality to the issuer. As is evident by the contents of our research and analysis, we expend considerable time and attention in an effort to ensure that our research analysis and written materials are complete and accurate. We strive for accuracy and completeness to support our opinions, and we have a good-faith belief in everything we write, however, all such information is presented "as is," without warranty of any kind– whether express or implied.*

*If you are in the United Kingdom, you confirm that you are subscribing and/or accessing BOC Texas, LLC research and materials on behalf of: (A) a high net worth entity (e.g., a company with net assets of GBP 5 million or a high value trust) falling within Article 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (the "FPO"); or (B) an investment professional (e.g., a financial institution, government or local authority, or international organization) falling within Article 19 of the FPO.*

*This report should only be considered in its entirety. Each section should be read in the context of the entire report, and no section, paragraph, sentence or phrase is intended to stand alone or to be interpreted in isolation without reference to the rest of the report. The section headings contained in this report are for reference purposes only and may only be considered in conjunction with the detailed statements of opinion in their respective sections.*

*BOC Texas, LLC makes no representation, express or implied, as to the accuracy, timeliness, or completeness of any such information or with regard to the results to be obtained from its use. All expressions of opinion are subject to change without notice, and BOC Texas, LLC does not undertake a duty to update or supplement this report or any of the information contained herein. By downloading and opening this report you knowingly and independently agree: (i) that any dispute arising from your use of this report or viewing the material herein shall be governed by the laws of the State of Texas, without regard to any conflict of law provisions; (ii) to submit to the personal and exclusive jurisdiction of the superior courts located within the State of Texas and waive your right to any other jurisdiction or applicable law, given that BOC Texas, LLC is a Texas limited liability company that operates in Texas; and (iii) that regardless of any statute or law to the contrary, any claim or cause of action arising out of or related to use of this website or the material herein must be filed within one (1) year after such claim or cause of action arose or be forever barred. The failure of BOC Texas, LLC to exercise or enforce any right or provision of this disclaimer shall not constitute a waiver of this right or provision. If any provision of this disclaimer is found by a court of competent jurisdiction to be invalid, the parties nevertheless agree that the court should endeavor to give effect to the parties' intentions as reflected in the provision and rule that the other provisions of this disclaimer remain in full force and effect, in particular as to this governing law and jurisdiction provision.*