UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

THE LANIGAN GROUP, INC., INDIVIDUALLY AND ON
BEHALF OF ALL OTHERS SIMILARLY SITUATED,

PLAINTIFF,

v.

LI-CYCLE HOLDINGS CORP. F/K/A PERIDOT
ACQUISITION CORP., AJAY KOCHHAR, TIM
JOHNSTON, BRUCE MACINNIS, SCOTT PROCHAZKA,
ALAN LEVANDE, MARKUS SPECKS, PRESTON
POWELL, JONATHAN SILVER, AND JUNE YEARWOOD,

DEFENDANTS.

Case No. 1:22-cv-02222-HG-RML

**SECOND DECLARATION OF PETER J. LINKEN IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION
COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

I, PETER J. LINKEN, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.      I am a member of the bars of the State of New York and this Court. I also am Counsel at the law firm Freshfields Bruckhaus Deringer US LLP, attorneys for Defendants Li-Cycle Holdings Corp. f/k/a Peridot Acquisition Corp., Ajay Kochhar, Tim Johnston, Bruce MacInnis, Scott Prochazka, Alan Levande, Markus Specks, Preston Powell, Jonathan Silver, and June Yearwood (collectively, the "Defendants") in the above-captioned action.

2.      I submit this declaration in support of Defendants' Motion to Dismiss the Amended Class Action Complaint for Violations of the Federal Securities Laws.

3.      Attached hereto are true and correct copies of the following documents. The documents have been excerpted to the extent necessary to comply with Rule IV.B.5.a of the Court's Individual Practices. Defendants are prepared to provide complete copies of any

documents annexed to this Declaration should the Court find the submission of such full copies to be beneficial.

4.    Annexed hereto as **Exhibit F** is a true and correct excerpt of Amendment No. 4 to the Registration Statement on Form F-4 of Li-Cycle Holdings Corp., filed with the SEC on July 6, 2021, *available at*

https://www.sec.gov/Archives/edgar/data/1828811/000119312521208033/d317379df4a.htm.

5.    Annexed hereto as **Exhibit G** is a true and correct excerpt of  Exhibit 10.12 to Amendment No. 4 to the Registration Statement on Form F-4 of Li-Cycle Holdings Corp., filed with the SEC on July 6, 2021, *available at*

https://www.sec.gov/Archives/edgar/data/1828811/000119312521160481/d317379dex1012.htm.

6.    Annexed hereto as **Exhibit H** is a true and correct excerpt of International Financial Reporting Standards Rule 9 and Rule 15, *available at*

https://www.ifrs.org/content/dam/ifrs/publications/pdf-standards/english/2022/issued/part-a/ifrs-9-financial-instruments.pdf?bypass=on (Rule 9) *and*

https://www.ifrs.org/content/dam/ifrs/publications/pdf-standards/english/2021/issued/part-a/ifrs-15-revenue-from-contracts-with-customers.pdf (Rule 15).

7.    Annexed hereto as **Exhibit I** is a true and correct excerpt of Li-Cycle's Annual Report for the fiscal year ended October 31, 2021, Form 20-F,  filed with the SEC on January 31, 2022, *available at*

https://www.sec.gov/ix?doc=/Archives/edgar/data/0001828811/000162828022001515/licy-20211031_d2.htm.

- 3 -

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: April 18, 2023
      New York, New York

                           Peter J. Linken